**SCHIAN WALKER, P.L.C.**

1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
DALE C. SCHIAN, #010445
SCOTT GOLDBERG #015082
Attorneys for Timothy H. Shaffer, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX, LLC,<br><br>Debtor. | Case No. 2-11-bk-28944-DPC<br><br>CHAPTER 11<br><br>Adv. No. 2-13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES LLC,<br><br>Defendant. | *EX PARTE* MOTION TO FILE UNDER SEAL THE TRUSTEE'S EXHIBITS TO THE REPLY IN SUPPORT OF MOTION TO PRECLUDE THE ADMISSION OF "DEEP DIVE" DOCUMENTS INTO EVIDENCE<br><br>DATE: July 8, 2015<br>TIME: 10:00 a.m.<br>LOCATION: 230 North First Avenue<br>Phoenix, Arizona<br>Courtroom 603, 6th Floor |

Timothy H. Shaffer, the Chapter 11 Trustee in these proceedings (the "**Trustee**"), respectfully files this motion for an order authorizing the Trustee to file under seal the exhibits (the "**Exhibits**") that support the Trustee's *Reply in Support of Motion to Preclude the Admission of "Deep Dive" Documents Into Evidence*. The Exhibits may contain confidential information pursuant to the *Agreed Protective Order* (the "**Protective Order**") [DE 316] entered by the Court on July 2, 2013. Pursuant to the Protective Order, all "confidential information," as defined therein, must be filed under seal pursuant to Rule 5.6, Local Rules of the Arizona District Court. The Protective Order further provides that this Motion may be filed on an *ex parte* basis, and upon shortened notice, and that no opposition to the Motion will be filed. In an abundance of caution, the Trustee requests authority to file the entire set of

Exhibits under seal pursuant to the Protective Order. A form of order approving this motion has been lodged with the Court.

DATED this  1st  day of July, 2015.

SCHIAN WALKER, P.L.C.

By  /s/   SCOTT R. GOLDBERG, #015082
    Dale C. Schian
    Scott R. Goldberg
    Attorneys for the Trustee

COPY of the foregoing
e-mailed this  1st  day
of July, 2015, to:

Richard M. Lorenzen, Esq.
Perkins Coie, LLP
2901 North Central Avenue, #2000
Phoenix, Arizona 85012-2788
Attorneys for Amazon Services LLC
rlorenzen@perkinscoie.com

John S. Kaplan, Esq.
Perkins Coie, LLP
1201 Third Avenue, #4800
Seattle, Washington 98101-3099
Attorneys for Amazon Services LLC
jkaplan@perkinscoie.com

 /s/   DEBBI STEPHENS