**SCHIAN WALKER, P.L.C.**

1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: bkdocket@biz.law

DALE C. SCHIAN, #010445
SCOTT R. GOLDBERG, #015082
NATHAN T. MITCHLER, #028751
Attorneys for Timothy H. Shaffer, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-bk-28944-DPC |
| POTENTIAL DYNAMIX, LLC, | CHAPTER 11 |
| Debtor. | Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee, | **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS PURSUANT TO FED. R. CIV. P. 26(a)(2)** |
| Plaintiff, | |
| vs. | |
| AMAZON SERVICES LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 26(a)(2), made applicable in these proceedings by Fed. R. Bankr. P. 7026, Plaintiff Timothy H. Shaffer, Chapter 11 Trustee (the "**Trustee**") for Debtor Potential Dynamix, LLC ("**Debtor**"), hereby submits his expert witness disclosures and areas of expert testimony as follows:

1. Stephen A. Ashworth
Ashworth Consulting, LLC
3246 S Cottonwood Drive
Chandler, Arizona 85286
Phone: (480) 270-8343
E-mail: sashworth@ashconllc.com

00349892.8

The Trustee anticipates Mr. Ashworth will provide testimony regarding the Trustee's inventory claims in this proceeding, including: (a) Amazon Services LLC's ("**Amazon**") overall liability to the Debtor's estate and the extent of all related damages and (b) Amazon's failure to specifically and accurately account for all of the Debtor's inventory units and the resulting damages. Mr. Ashworth may also rebut any affirmative testimony proffered by Amazon as to its alleged defenses to the inventory claims and total liabilities, including the proper calculation of and total amount of Amazon's liabilities to the Debtor, including offsets and alleged reimbursements.

 2. Cathie Cameron
 Ness Consulting, LLC
 261 East Vinedo Lane
 Tempe, Arizona 85284
 Phone: (480) 247-9099
 E-mail: ccameron@nessexpert.com

The Trustee anticipates Ms. Cameron will provide testimony regarding the generally accepted industry standards for inventory accounting.

 3. Sonoran Capital Advisors
 Phoenix, Arizona
 Phone: (602) 405-5380
 E-mail: mfoster@sonorancap.com
 bperkinson@sonorancap.com

The Trustee anticipates Sonoran Capital Advisors will provide testimony regarding the Trustee's stay violation claims and resulting compensatory and consequential damages including loss of revenue, profits, business opportunities, and goodwill. Sonoran Capital Advisors may also rebut any affirmative testimony proffered by Amazon as to its alleged defenses to the Trustee's stay violation claims and calculation of resulting damages.

///

///

///

DATED this __14th__ day of April, 2017.

                                                                SCHIAN WALKER, P.L.C.

                                                          By __/s/   NATHAN T. MITCHLER, #028751__
                                                                   Dale C. Schian
                                                                   Scott R. Goldberg
                                                                   Nathan T. Mitchler
                                                                   Attorneys for the Chapter 11 Trustee

COPY of the foregoing
e-mailed this __14th__ day
of April, 2017, to:

John S. Kaplan, Esq.
Eric Weiss, Esq.
Perkins Coie, LLP
1201 Third Avenue, #4800
Seattle, Washington 98101-3099
Attorneys for Amazon Services LLC
jkaplan@perkinscoie.com
eweiss@perkinscoie.com

Richard M. Lorenzen, Esq.
Perkins Coie, LLP
2901 North Central Avenue, #2000
Phoenix, Arizona 85012-2788
Attorneys for Amazon Services LLC
rlorenzen@perkinscoie.com


  /s/    DEBBI STEPHENS