| No. | Joint Exhibits | Bates/Identifier |
|---|---|---|
| 1 | FBA Agreement ("ASBSA") | PD005574 |
| 2 | DAB Inventory Adjustments from Seller Central | AMAZON0008429 |
| 3 | Email from Diana Flores to Seat L et al re Inventory Reconciliation | AMAZON0002551-0002552 |
| 4 | Email from Diana Flores to Sean L dated March 28, 2013 re Inv Reconciliation | AMAZON0002585 |
| 5 | Rebuttal Report of E. Weiant Williams | N/A |
| 6 | Merchants@Amazon.com Program Agreement | N/A |
| 7 | Morones 5/10/19 Expert Report | N/A |
| 8 | 12/7/10 Lawcock Email Re: 404 SKUs | AMZ DABP 00154608 / DX 159 |
| 9 | 3/1/19 Schian Email Re: Pot Dynamix Ch. 11 Disclosure Statement | DX 189 |
| 10 | 4/2/13 Flores Email Re: Inv Reconciliation - Update - DAB | AMAZON0002593 |
| 11 | 4/15/13 Seller Central Case Details Report | SHAFFER0287 / DX 182 |
| 12 | 5/7/13 Bellino Email Re: Another Graph Restricted Product | DX 155 |

| No. | Trustee Exhibits | Bates/Identifier | Amazon Objection | Description of Amazon Objection | Note |
|---|---|---|---|---|---|
| 101 | Amazon Services, LLC's Disclosure of Rebuttal Expert Witnesses | N/A | No objection. | | |
| 102 | E. Weiant Williams Perkins Coie Engagement Letter | AMAZON00011043 | No objection. | | |
| 103 | The Claro Group Invoice | AMAZON00011049 | No objection. | | |
| 104 | Initial Disclosures of Amazon Services, LLC | N/A | No objection. | | |
| 105 | E. Weiant Williams Handwritten Notes re Interviews with Amazon Employees | AMAZON00011027 | Privilege. FRCP 26(b)(4)(B)-(C). | Object to the extent the Trustee seeks to question Mr. Williams about the notes redacted on the basis of privilege (draft reports and communications with counsel). | |
| 106 | Hypothetical Table of M15 data | N/A | Foundation. FRE 602. Authenticity. FRE 901. | This was Exhibit 10 to Mr. Williams's deposition, which Mr. Dangerfield confirmed during the deposition "is a report we had made for the purpose of this deposition" and that Mr. Williams "won't have seen this report in its current form." Williams Dep. at 161:3-13. | |
| 107 | Extract of M15 data of seven returned units after 12/31 | N/A | Foundation. FRE 602. Authenticity. FRE 901. | This was Exhibit 11 to Mr. Williams's deposition, which Mr. Dangerfield confirmed during the deposition was "one you [Mr. Williams] definitely have not seen in this format." Williams Dep. at 168:13-19. | |
| 108 | Table of Potential Damages - Table 5 from Williams Rebuttal Report | N/A | Foundation. FRE 602. Authenticity. FRE 901. This is a duplicate from the joint list. This is also not "Table 5 from" Mr. Williams's report. | This was Exhibit 22 to Mr. Williams's deposition, which Mr. Dangerfield confirmed during the deposition was "just a demonstrative exhibit, a little hypothetical table of potential damages using the categories that you've used in your table one." Williams Dep. at 132:17-22. Mr. Dangerfield used the exhibit to "ask . . . some hypothetical questions." *Id.* at 132:21-22. | |
| 109 | Adjustment Summary - Exhibit 5 to Williams Rebuttal Report | N/A | Cumulative. FRE 403. Foundation. FRE 602. Authenticity. FRE 901 | Submitting as a standalone document as an exhibit from the Williams report is unnecessarily cumulative when the parties are jointly admitting the report. To the extent the Trustee is attempting to submit exhibits demonstrating hypotheticals, the Trustee will not be able to establish a foundation for those documents or their authenticity. | |

| # | Description | Bates | Objection | Detail | Notes |
|---|---|---|---|---|---|
| 110 | Williams reimbursement type summary - Exhibit 4 to Williams rebuttal report | N/A | Cumulative. FRE 403. | Submitting as a standalone document an exhibit from the Williams report is unnecessarily cumulative when the parties are jointly admitting the report. To the extent the Trustee is attempting to submit exhibits demonstrating hypotheticals, the Trustee will not be able to establish a foundation for those documents or their authenticity. | |
| 111 | Amazon Services LLC's Objections and Responses to the Trustee's Fourth Set of Requests for Production of Documents | N/A | No objection to the admission of this document, but Amazon maintains the objections asserted in the discovery responses themselves. | | |
| 112 | Declaration of Justin Ice in support of Amazon's response to Trustee's Motion to Preclude "Deep Dive" dated June 5, 2015 | N/A | No objection. | | Trustee will not admit to the admissibiltiy of this exhibit and therefore will not agree to move it to the joint exhibit list |
| 113 | Excerpt from Deep Dive production | AMAZON0009419 | No objection. | | |
| 114 | Excerpt from Deep Dive Production | N/A | Foundation. FRE 602. Authenticity. FRE 901. | This document was Exhibit 6 to Justin Ice's deposition and is apparently based on an analysis by Mr. Ashworth. Mr. Ice established no foundation or authenticity for the document in his deposition testimony. | |
| 115 | Notice of Continued Rule 30(b)(6) Deposition to Defendant Amazon Services LLC | N/A | Relevance. 401. | The Trustee's 30(b)(6) topics are irrelevant to the issues that the court will consider at trial. | |
| 116 | Letter from Eric Weiss to Scott Goldberg dated October 30, 2018 re Response to Trustee Questions | N/A | Foundation. 602. Hearsay. 801, 802. | These are attorney communications that constitute inadmissible hearsay. The Trustee also has not designated a witness who will lay a foundation for the document. | |
| 117 | Amazon Services, LLC's Responses and Objections to Trustee Timothy H. Shaffer's Second Set of Discovery Requests | N/A | No objection. | | |
| 118 | Amazon Services LLC's Amended Responses and Objections to Trustee Timothy H. Shaffer's Third Set of Discovery Requests | N/A | No objection. | | |

| # | Document | Bates | Objection | Response | |
|---|---|---|---|---|---|
| 119 | Second Supplemental Disclosure Statement Pursuant to Fed. R. Bankr. P. 7026 | N/A | The disclosure contains unpleaded and untimely claims and damages theories. | Those unpleaded and untimely claims and theories include for "damaged" inventory, "Refunds Paid by Amazon Not Returned by Customer," and "Sales Proceeds Not Remitted to Potential Dynamix." Evidence related to the unpleaded claims may not be admitted. | |
| 120 | Declaration of Jessica Gibson ISO Emergency Motion for Relief from Automatic Stay & Opposition to Motion to Compel Amazon to Honor Automatic Stay | N/A | Relevance. FRE 401. | Objecting to the extent the Trustee intends to use the declaration to relitigate the issue of prohibited products and the termination of the agreement between Amazon and the Debtor. | |
| 121 | Declaration of Riley Althauser ISO Emergency Motion for Relief from Automatic Stay & Opposition to Motion to Compel Amazon to Honor Automatic Stay | N/A | Relevance. FRE 401. | Objecting to the extent the Trustee intends to use the declaration to relitigate the issue of prohibited products and the termination of the agreement between Amazon and the Debtor. | |
| 122 | Deposition Transcript of Tash Bachand | N/A | Object to the Trustee offering the entire deposition transcript without designations. Local Rule 7016-1(a)(8). | Object to the admisson of the entire deposition transcript. The Trustee must provide specific designations for Amazon to be able to make specific objections. | |
| 123 | Deposition Transcript of Weiant Williams | N/A | Objection to the extent the Trustee intends to use the transcript for purposes other than impeachment. FRCP 32(a)(2). | Mr. Williams will testify live; the use of his deposition transcript is therefore limited. | |
| 124 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Requests | AMAZON0009752 | No objection. | | |
| 125 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Requests | AMAZON0010585 | No objection. | | |
| 126 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Request | AMAZON0010586 | No objection. | | |
| 127 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Request | AMAZONJ00010587 | No objection. | | |
| 128 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Request | AMAZON0010588 | No objection. | | |
| 129 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Request | AMAZON0010589 | No objection. | | |

| # | Description | Bates | Objection | Response | Notes |
|---|---|---|---|---|---|
| 130 | Spreadsheet produced by Amazon to Shaffer in response to 3rd Set of Discovery Request | AMAZON0010590 | No objection. | | |
| 131 | May 2015 Data Production by Amazon | N/A | No objection. | | Trustee will not admit to the admissibiltiy of this exhibit and therefore will not agree to move it to the joint exhibit list |
| 132 | Amazon's Responses to Trustee's 3rd Set of Discovery Requests dated April 15, 2016 | N/A | Relevance. FRE 401. | Amazon amended these responses in its September 20, 2016, responses to the Trustee's third set of discovery requests. These prior and superseded responses are irrelevant. | |
| 133 | Amazon's Objections & Responses to Trustee's 3rd Set of Discovery Requests for Production of Documents re Tre Milano Litigation dated June 30, 2014 | N/A | Relevance. FRE 401. | Discovery related to the separate Tre Milano litigation (the subject of the Trustee's requests for production) are irrelevant to the issues in this case. | |
| 134 | Amazon's Responses & Objections to Trustee's First Set of Discovery Requests dated January 13, 2014 | N/A | No objection. | | |
| 135 | Email from Diana Flores to Schindler-Carter re DAB Update urgent dated April 12, 2013 | AMAZON0005293-0005294 | No objection. | | |
| 136 | Email from Diana Flores to Dan Bellino re Inv reconciliation update | AMAZON00006059-0006060 | No objection. | | |
| 137 | 8/14/17 Trustee Requests for Production of Documents Propounded Upon Amazon Services, LLC | N/A | No objection. | Does the Trustee intend to submit just the requests? Otherwise, the Trustee has indicated that he intends to submit Amazon's responses to these requests, so it is unclear why the Trustee would also submit the requests as a standalone exhibit. | |
| 138 | Trustee's Responses and Objections to First Set of Discovery Requests Propounded by Amazon Services LLC | N/A | Hearsay. 801, 802. Relevance. 401. | These are the Trustee's own statements, not those of a party opponent. Many of the Trustee's discovery responses also relate to now-dismissed causes of action and allegations and are therefore irrelevant. | |
| 139 | Email from Dale Schian to Eric Wiess dated November 13, 2020 | N/A | Foundation. 602. Relevance. 401.   Hearsay. 801, 802. | These are attorney communications that constitute inadmissible hearsay. The Trustee also has not designated a witness who will lay a foundation for the document, and the document is irrelevant to the issues at trial. | |

| # | Document | Bates | Objection | Basis | Notes |
|---|----------|-------|-----------|-------|-------|
| 140 | Letter from Scott Goldberg to John S. Kaplan dated December 31, 2014 | N/A | Foundation. 602. Relevance. 401.   Hearsay. 801, 802. | This is an attorney communication that constitutes inadmissible hearsay. The Trustee also has not designated a witness who will lay a foundation for the document, and the document is irrelevant to the issues at trial. | |
| 141 | Letter from John S. Kaplan to Scott Goldberg dated January 7, 2015 | N/A | Foundation. 602. Relevance. 401.   Hearsay. 801, 802. | This is an attorney communication that constitutes inadmissible hearsay. The Trustee also has not designated a witness who will lay a foundation for the document, and the document is irrelevant to the issues at trial. | |
| 142 | Trustee's Initial Disclosure Statement Pursuant to Fed. R. Bankr. P. 7026(A)(1) | N/A | No objection. | | |
| 143 | Trustee's First Supplemental Disclosure Statement Pursuant to Fed. R. Bankr. P. 7026(A)(2)(E) | N/A | No objection. | | |
| 144 | April 11, 2013 letter from Amazon to Potential Dynamix, LLC terminating Merchants@Amazon.com Program Agreement | N/A | No objection. | | Not a duplicate |
| 145 | Communications from Amazon to Potential Dynamix, LLC re listings | N/A | Foundation. FRE 602. Authenticity. FRE 901. | The Trustee has not designated a witness who can testify to the authenticity of this document or lay a foundation for it. | |
| 146 | Declaration of Serena Morones | N/A | Improper new and undisclosed expert testimony. FRCP 26(a)(2). | The declaration contains new and undisclosed testimony from Ms. Morones that must be excluded because it does not comply with Federal Rule of Civil Procedure 26(a)(2). It is also not a proper supplementation of Ms. Morones's testimony under Federal Rule of Civil Procedure 26(a)(2)(E). | |
| 147 | FBA "Inventory Adjustments" document | N/A | No objection. | | Not a duplicate |
| 148 | FBA "Amazon Fulfillment Reports" document | N/A | Foundation. FRE 602. Authenticity. FRE 901. | The document contains a graphic whose source is unknown. | Not a duplicate |
| 149 | Email from Dan Bellino to Diana Flores dated March 11, 2013 re Amazon Book Information | AMAZON0002548 | Relevance. FRE 401. | That Amazon removed to the Debtor books that were not the Debtor's is irrelevant to the issues at trial. | |
| 150 | Email from Kelly Steinbrecher to Patrick Gowey dated July 8, 2013 re Launch Announcement Statute of Limitations | AMAZON0009344 | Foundation. FRE 602. | This email was not used as a deposition exhibit and none of the witnesses present at trial have personal knowledge of this email. | |

| # | Description | Bates | Objection | Notes | Status |
|---|---|---|---|---|---|
| 151 | Internet Archive Wayback Machine capture of FBA Lost and Damaged Inventory Reimbursement Policy dated March 5, 2013 | N/A | Foundation. FRE 602. Authenticity. FRE 901. Hearsay. FRE 801, 802. | The Trustee has not authenticated the "Internet Archive" document or disclosed a trial witness who can do so. He also has not designated a trial witness who can provide a proper foundation for the document. This document is an out of court statement from the Internet Archive and, as such, it is inadmissible hearsay. | |
| 152 | Letter from Doug Harrington to Potential Dynamix LLC dated October 22, 2013 re Termination of Amazon Agreement | N/A | Relevance. FRE 401. | Object to the extent the Trustee intends to use the letter to relitigate the issue of prohibited products and the termination of the agreement between Amazon and the Debtor. | Moved to Trustee's list from Joint List per Amazon's request |
| 153 | Hypothetical Table of Potential Damages | N/A | Foundation. FRE 602. Authenticity. FRE 901. | This was Exhibit 22 to Mr. Williams's deposition, which Mr. Dangerfield confirmed during the deposition was "just a demonstrative exhibit, a little hypothetical table of potential damages using the categories that you've used in your table one." Williams Dep. at 132:17-22. Mr. Dangerfield used the exhibit to "ask . . . some hypothetical questions." *Id.* at 132:21-22. | Moved to Trustee's list from Joint List per Amazon's request |
| 154 | Amazon diagram of FBA reimbursement | N/A | Foundation. FRE 602. Authenticity. FRE 901. Cumulative. FRE 403. | The document contains a graphic whose source is unknown. It is also cumulative of portions of other documents the Trustee seeks to admit. | Moved to Trustee's list from Joint List per Amazon's request |
| 155 | Steps re DAB Inventory Reports | N/A | Foundation. FRE 602. Authenticity. FRE 901. | This was Exhibit 5 to Ms. Bachand's deposition. She testified that she did not know if "Exhibit 5" was "the analysis Ms. Flores would have conducted." Bachand Dep. at 18:12-15. | Moved to Trustee's list from Joint List per Amazon's request |
| 156 | Email from Diana Flores to Cynthia Williams dated March 6, 2013 re February 21st meeting | AMAZON0002499-0002502 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 157 | Email from Diana Flores to Riley Althauser & Kunal Kande re DAB Analysis - Feb 2013 (includes attachment) | AMAZON0003737-0003738 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 158 | Email from Diana Flores to Rob Callan et al re Amazon Book Information - Erroneous Seller Removal | AMAZON0003553-0003555 | Relevance. FRE 401. | That Amazon removed to the Debtor books that were not the Debtor's is irrelevant to the issues at trial. | Moved to Trustee's list from Joint List per Amazon's request |
| 159 | Email from Diana Flores to Rod Alleman et al re DAB Unlimited Reconciliation Cases | AMAZON0003572-0003580 | Cumulative. FRE 403. | The document is unnecessarily duplicative of AMAZON0002574. | Moved to Trustee's list from Joint List per Amazon's request |

| | | | | | |
|---|---|---|---|---|---|
| 160 | Monthly Operating Reports from Nov 2012 to Oct 2013 | N/A | Incomplete. FRE 106. Relevance. FRE 401. | Object to the extent the Trustee attempts to use the operating reports to prove the amounts of fees the Debtor paid; the Trustee has not properly pleaded or disclosed claims for the disgorgement of fees paid by the Debtor. Under the rule of completeness, the Trustee must submit the entire period of monthly operating reports that Ms. Morones considered (beginning in October 2011). | Moved to Trustee's list from Joint List per Amazon's request |
| 161 | Settlement data files | N/A | Relevance. FRE 401. | The Trustee has relied on the settlement reports as evidence of damage for the Trustee's unpleaded and untimely claims/damages theories. The reports are irrelevant because all evidence related to the Trustee's unpleaded and untimely claims must be excluded. | Moved to Trustee's list from Joint List per Amazon's request |
| 162 | Email from Rod Alleman to Amy Johnston etl re DAB Unlimited Reconciliation Cases dated March 6, 2013 | AMAZON0002528-0002535 | Cumulative. FRE 403. | The document is unnecessarily duplicative of AMAZON0002574. | Moved to Trustee's list from Joint List per Amazon's request |
| 163 | Email between Gowey and Engdahl dated May 6, 2013 | Amazon0008731 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 164 | Email from Lovett Brianne to Diana Flores dated march 22, 2013 re DAB Unlimited - Inventory Reconciliation Request | AMAZON0002615 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 165 | Email from Anthony Uno to Tom Azzarelli dated May 5, 2011 re Amazon Integration | AMAZON0000289 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 166 | Email from Diana Flores to Diana Flores dated May 13, 2011 re DAB - James Thomson input | AMAZON0000555 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 167 | Email from Diana Flores to Sean Lawcock dated October 17, 2011 re Missing Inventory for DAB Unlimited | AMAZON0001366 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 168 | Email from Brandon Haskell to Patrick Gowey dated January 28, 2013 re FBA Reconciliation Case/RMS Processing - Seller Support and FBA Credit Ops Sync | AMAZON0008770 | Relevance. FRE 401. | Aside from the reference to DAB, this document describes future potential changes to FBA reconciliation and reimbursement requests. It is irrelevant to the Debtor's requests or any other issues at trial. | Moved to Trustee's list from Joint List per Amazon's request |
| 169 | Email from Patrick Gowey to Paholrat Nopsittiporn dated January 28, 2013 re DAB Unlimited | AMAZON0008771 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |

| # | Description | Bates | Objection | Detail | Notes |
|---|---|---|---|---|---|
| 170 | Email from Catia Monteiro to Diana Flores dated March 27, 2013 re DAB Unlimited (809441551) Reconciliation Cases | AMAZON0002574 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 171 | FBA "Inventory Reports" document | AMAZON0008438 | No objection. | | Moved to Trustee's list from Joint List per Amazon's request |
| 172 | Declaration of Serena Morones | N/A | Improper new and undisclosed expert testimony. FRCP 26(a)(2). Cumulative. FRE 403. | The declaration contains new and undisclosed testimony from Ms. Morones that must be excluded because it does not comply with Federal Rule of Civil Procedure 26(a)(2). It is also not a proper supplementation of Ms. Morones's testimony under Federal Rule of Civil Procedure 26(a)(2)(E). Amazon is unclear whether this is a different declaration than the one that Ms. Morones submitted to the Court on November 20, 2020, and that Amazon understands the Trustee is planning to submit as an exhibit. To the extent it is the same declaration, Amazon objects that it is unnecessarily cumulative. To the extent this declaration is a new document, Amazon reserves the right to lodge any applicable objections once it receives the document. | |
| 173 | Amazon Fulfillment Reports - from Amazon Seller Central | N/A | No objection. | | Amazon moved from Joint list to Trustee's list |
| 174 | Deposition Transcript of Justin Ice | N/A | Object to the Trustee offering the entire deposition transcript without designations. Local Rule 7016-1(a)(8). | Object to the admisson of the entire deposition transcript. The Trustee must provide specific designations for Amazon to be able to make specific objections. | |
| 175 | Deposition Transcript of Jeffery Moore | N/A | Object to the Trustee offering the entire deposition transcript without designations. Local Rule 7016-1(a)(8). | Object to the admisson of the entire deposition transcript. The Trustee must provide specific designations for Amazon to be able to make specific objections. | |
| 176 | LinkedIn Profile for Ms. Bachand | N/A | Hearsay, FRE 801, 802. Foundation, FRE 602. Authenticity, FRE 901. | The statements on Ms. Bachand's LinkedIn profile are out of court statements and are hearsay if offered for the truth of the matter asserted. Ms. Bachand's statements in her personal capacity are also not party admissions because Amazon, not Ms. Bachand, is the party opponent. Further, the Trustee has not laid foundation to authenticate this printout. | |

| 177 | Trial Declaration of Serena Morones | N/A | Objections reserved | | |

| No. | Amazon Exhibits | Bates/Identifier | Trustee Objection | Description of Trustee Objection | Note |
|---|---|---|---|---|---|
| 201 | 07/09/13 Complaint | DX 171 | No objection | | |
| 202 | Morones Invoices | PD008443 | No objection | | |
| 203 | 12/14/10 Reilly Email Re: Listing Errors | AMZ_DABP_00154436 / DX 188 | Relevance. FRE 401. | | |
| 204 | 1/13/11 Soder Email Re: 404 SKU's | AMZ_DABP_00155332 / DX 189 | Relevance. FRE 401. | | |
| 205 | 1/14/11 Azzarelli Email Re: Further Sku Miscreation | AMZ_DABP_00155315 / DX 110 | Relevance. FRE 401. | | |
| 206 | 1/21/11 Reilly Email Re: .missing SKUs | AMZ_DABP_00155871 / DX 190 | Relevance. FRE 401. | | |
| 207 | 7/15/11 Reilly Email Re: | AMZ DABP 00152661 / DX 191 | Relevance. FRE 401. | | |
| 208 | 7/31/11 Schmidt v. Potential Dynamix Complaint | DX 152 | Relevance. FRE 401. | | |
| 209 | 12/19/11 Schmidt Declaration | DX 151 | Relevance. FRE 401. | | |
| 210 | 5/8/12 Lawcock Email Re: Case 58103781 | DX 135 | Relevance. FRE 401. | | |
| 211 | 8/14/12 Bellino Email Re: Important: Fulfillment by Amazon Defective Units | DX 145 | Relevance. FRE 401. | | |
| 212 | 8/22/12 Bellino Email Re: Your Amazon.com Inventory | DX 146 | Relevance. FRE 401. | | |
| 213 | 9/6/12 Bellino Email Re: Your Amazon.com Inventory | DX 147 | Relevance. FRE 401. | | |
| 214 | 12/10/12 Bellino Email Re: Full Audit Amazon | AMZ_DABP_00191117 / DX 179 | Relevance. FRE 401. | | |
| 215 | FBA Inventory Overview 2008, 2009, 2010, 2011 Spreadsheet PDF | AMZ_DABP_00191118 / DX 180 | Relevance. FRE 401. | | |
| 216 | 12/15/12 Shaffer Email Re: Full Amazon Audit | DX 181 | No objection | | |
| 217 | 12/20/12 Lawcock Email Re: 2012 Audit Up to December 18th Added to Case 80244611 | AMZ_DABP_00191420 / DX 165 | Relevance. FRE 401. | | |

| # | Description | Bates/Exhibit | Objection | | |
|---|---|---|---|---|---|
| 218 | 1/2/13 Lawcock Email Re: DAB Update 2013 | AMZ_DABP_00007958 / DX 162 | Relevance. FRE 401. | | |
| 219 | 1/22/13 Bellino Email Re: Remittance Advice for 1/9 and 1/10 | AMZ_DABP_00175343 | No objection | | |
| 220 | 2/12/13 Meeting with Amazon Agenda and Emails | DX 154 | No objection | | |
| 221 | 2/13/13 DAB Email Re: Important: Fulfillment by Amazon Defective Units | DX 137 | Relevance. FRE 401. | | |
| 222 | 3/12/13 Disclosure Statement | DX 140 | Relevance. FRE 401. | | |
| 223 | 3/13/13 Lawcock Email Re: FBA Inventory Summaries | AMZ_DABP_ 00190463 / DX 177 | Relevance. FRE 401. | | |
| 224 | FBA Inventory Overview 2008, 2009, 2010, 2011 Spreadsheet PDF | AMZ_DABP_00190464/ DX 178 | Relevance. FRE 401. | | |
| 225 | 3/18/13 First Application for Allowance and Payment of Compensation to Trustee | DX 173 | Relevance. FRE 401. | | |
| 226 | 4/23/13 Bellino Email Re: Revenues, Actual and Projected, Feb - Apr 2013 | AMZ DABP 00195389 / DX 130 | Relevance. FRE 401. | | |
| 227 | Revenues 2013 Spreadsheet PDF | DX 131 | Relevance. FRE 401. | | |
| 228 | 4/23/13 Azzarelli Email Re: Revenues, Actual and Projected, Feb - Apr 2013 | AMZ DABP 00195392 / DX 132 | Relevance. FRE 401. | | |
| 229 | 5/7/13 Notice of Filing Chapter 11 Trustee's Report | SHAFFER0013 / DX 6 / DX 143 | Relevance. FRE 401. | | |
| 230 | 7/9/13 Azzarelli Email Re: Aged Inventory Project Summer Clean | DX 121 | Relevance. FRE 401. | | |
| 231 | 9/18/13 Order Denying Trustree's Motion for Summary Judgment and Granting Amazon's Cross Motion for Sumary Judgment | Bankruptcy ECF No. 364 | Relevance. FRE 401. | | |

| # | Document | Bates/Ex | Objection | | |
|---|---|---|---|---|---|
| 232 | 10/24/14 Second Application for Allowance and Payment of Compensation to Trustee | DX 174 | Relevance. FRE 401. | | |
| 233 | 4/14/17 Trustee Response to Amazon Second Discovery Requests | N/A | No objection | | |
| 234 | 3/13/18 Cone Retention Letter | N/A | Relevance. FRE 401. | | |
| 235 | 4/16/18 Goldberg Email Re: Ashworth Visit 4/18 | Shaffer19001533 | Relevance. FRE 401. | | |
| 236 | 5/18/18 Goldberg Email Re: Status | Shaffer19001612 | Relevance. FRE 401. | | |
| 237 | 5/29/18 Ashworth Email Re: Power BI Reconciliation Tab | PD007046 | Relevance. FRE 401. | | |
| 238 | 5/30/18 Cone Email Re: Call Follow-Up | Shaffer19001941 | Relevance. FRE 401. | | |
| 239 | 6/1/18 Cone Email Re: Call Follow-Up #2 | Shaffer19001949 | Relevance. FRE 401. | | |
| 240 | 8/10/18 Goldberg Email Re: Monthly Operating Reports for Stay Violation Damages | Shaffer19002100 | Relevance. FRE 401. | | |
| 241 | 5/8/19 Cone Email Re: Amazon Termination Letter 90 days and related matters | Shaffer19002812 | Relevance. FRE 401. Privilege. FRCP 26(b)(4)(B)-(C). | | |
| 242 | 5/9/19 Ashworth Email Re: Requested vs. Completed Removals Over Time | PD761602 | Relevance. FRE 401. | | |
| 243 | 5/9/19 Ashworth Email Re: Settlement Report Question | PD008304 / DX 201 | Relevance. FRE 401. | | |
| 244 | 7/1/19 Trustee Response to Amazon Third Discovery Requests | N/A | Foundation. FRE 602. | | |
| 245 | Auto Unsellable Removal Setting Screenshot | N/A | Relevance. FRE 401. Foundation. FRE 602. FRE 408. Authenticity. FRE 901. | | |

| | | | | | |
|---|---|---|---|---|---|
| 246 | Auto Aged Removal Setting Screenshot | N/A | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 247 | Settlement Report Txt File | AMAZON00010990 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 248 | Settlement Report Txt File | AMAZON00010992 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 249 | Settlement Report Txt File | AMAZON00010991 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 250 | Settlement Report Txt File | AMAZON00010993 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 251 | Settlement Report Txt File | AMAZON00010994 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 252 | Settlement Report Txt File | AMAZON00010995 | No objection | | |
| 253 | Settlement Reports Screenshot Exhibit | DX 202 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 254 | Settlement Data Pulls Chart | DX 203 | Foundation. FRE 602. Failure to disclose. FRCP 26(a). | | |
| 255 | Case Chronology | N/A | No objection to use as demonstrative only | | |
| 256 | Maximum Ending Inventory Exhibit | N/A | No objection to use as demonstrative only | | |
| 257 | Morones's Compounding Errors Exhibit | N/A | No objection to use as demonstrative only | | |
| 258 | Unpleaded, Untimely Claims Chart | N/A | No objection to use as demonstrative only | | |
| 259 | Trial Declaration of E. Weiant Williams | N/A | Objections reserved | | |
| 260 | FBA Lost and Damaged Inventory Policy | Williams DX 14 | Foundation. FRE 602. Authenticity. FRE 901. | | |

| 261 | ACQAIAI Inventory Adjustment Item Document | Williams DX 20 | Foundation. FRE 602. Authenticity. FRE 901. | | |