Mark C. Dangerfield, #010832
Mark.dangerfield@gknet.com
Dale C. Schian, #010445
dale.schian@gknet.com
Kenneth N. Ralston, #034022
ken.ralston@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Attorneys for Trustee Timothy H. Shaffer
Email: bkdocket@gknet.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX, LLC,<br><br>Debtor. | Case No. 2:11-BK-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2-13-ap-00799<br><br>**MOTION TO APPROVE THE TRUSTEE'S CONTINUED ENGAGEMENT OF RESOLUTION STRATEGIES, LLP** |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES, LLC,<br><br>Defendant. | |

Timothy H. Shaffer, the duly appointed Chapter 11 Trustee ("Trustee") for Potential Dynamix, LLC (the "Debtor") in the above-captioned bankruptcy case (the "Case"), requests the Court approve the Trustee's continued engagement of Resolution Strategies, L.L.P. (the "Firm") as settlement counsel on the Case. Pursuant to 11 U.S.C. § 327(E) and

the Court's Order [DE 534], the Trustee employed the Firm to assist as settlement counsel. The Firm has been engaged on the Case for three years. Per the Firm's employment application approved by the Court [DE 532], the Firm's employment was to terminate sixty days before trial.

The Trustee requests a continuation of the Firm's engagement on the Case as there remains a need for the Firm's services as settlement counsel. The Firm will not impede the Case and remains a disinterested party. Additionally, the Trustee's continued engagement of the Firm will be in the best interest of the estate.

RESPECTFULLY SUBMITTED February 9, 2021.

**GALLAGHER & KENNEDY, P.A.**

By: */s/Dale C. Schian*
    Mark C. Dangerfield
    Dale C. Schian
    Kenneth N. Ralston
    2575 East Camelback Road
    Phoenix, Arizona 85004
    *Attorneys for Trustee Timothy H. Shaffer*

COPY of the foregoing
e-mailed February 9, 2021, to:

Eric J. Weiss (*Admitted Pro Hac Vice*)
Mallory Gitt Webster (*Admitted Pro Hac Vice*)
Perkins Coie, LLP
1201 Third Avenue, #4900
Seattle, Washington 98101-3099
Attorneys for Amazon Services LLC
EWeiss@perkinscoie.com
MWebster@perkinscoie.com

Richard M. Lorenzen, Esq.
Perkins Coie, LLP
2901 North Central Avenue, #2000
Phoenix, Arizona 85012-2788
Attorneys for Amazon Services LLC
rlorenzen@perkinscoie.com

Elizabeth C. Amorosi
Richard J. Cuellar
Jennifer A. Giaimo
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, Arizona, 85003
Attorneys for U.S. Trustee
Jennifer.a.giaimo@usdoj.gov

Thomas H. Allen
Michael A. Jones
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Official Committee of Unsecured Creditors
tallen@allenbarnes.law.com
mjones@allenbarneslaw.com

  */s/J. Magallanes*

8413143v4/29611-0001