# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX, LLC,<br><br>Debtor. | Case No. 2:11-BK-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2-13-ap-00799<br><br>**ORDER APPROVING THE TRUSTEE'S CONTINUED ENGAGEMENT OF RESOLUTION STRATEGIES, LLP** |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES, LLC,<br><br>Defendant. | |

The Court having received the *Motion to Approve the Trustee's Continued Engagement of Resolution Strategies, LLP* (the "Motion") [DE333] filed by Timothy H. Shaffer, Chapter 11 Trustee for Debtor Potential Dynamix, LLC, and good cause appearing,

THE COURT FINDS that the Trustee's continued engagement of Resolution Strategies, L.L.P. is in the best interest of the estate.

IT IS HEREBY ORDERED that the Motion is approved in its entirety.

DATED AND SIGNED ABOVE.

8413186v2/29611-0001