# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | POTENTIAL DYNAMIX, LLC | | |
| **Case Number:** | 2:11-BK-28944-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 27, 2021 04:00 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RENEE BRYANT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

ADV: 2-13-00799

**TIMOTHY SHAFFER vs Amazon Services LLC**

DISCOVERY DISPUTE

R / M #:   0 / 0

## *Appearances:*

MARK C. DANGERFIELD, ATTORNEY FOR TIMOTHY SHAFFER
DALE C. SCHIAN, ATTORNEY FOR TIMOTHY SHAFFER
ERIC J. WEISS, ATTORNEY FOR AMAZON SERVICES LLC

## *Proceedings:*

Mr. Weiss outlines the discovery dispute.  He summarizes the unresolved issues related to the Cone and Ashworth documents.   He asks the Court to reaffirm that the trustee needs to produce the documents.

Mr. Schian argues his position.  Mr. Schian argues that Mr. Weiss is asking them to produce a massive amount of data that was not required in the October 2019 order.  He discusses the request for the work papers and files Mr. Cone reviewed in preparation for the deposition.

The parties argue their positions.

Mr. Schian states the three bullets relating to the Morones deposition have been resolved.

The Court and Mr. Schian discuss the Cone deposition items in the September 4, 2020 letter.  The Court reads through each bullet item and provides Mr. Schian with production instructions.

COURT: ON THIS RECORD, THE COURT HAS ORDERED THE ITEMS THAT ARE TO BE PRODUCED BY MR. SCHIAN.  THE ITEMS ORDERED TO BE PRODUCED CAN BE DONE SO BY PROVIDING MR. WEISS WITH A LINK.