Mark C. Dangerfield #010832
Dale C. Schian, #010445
Kenneth N. Ralston, #034022
mark.dangerfield@gknet.com
dale.schian@gknet.com
ken.ralston@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Attorneys for Timothy H. Shaffer, Chapter 11 Trustee

Email for Electronic Service and
Court documents: bkdocket@gknet.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-bk-28944-DPC |
| POTENTIAL DYNAMIX, LLC, | CHAPTER 11 |
| Debtor. | Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee, Plaintiff, vs. AMAZON SERVICES LLC, Defendant. | **TRUSTEE'S SUPPLEMENTAL CONTROVERTING STATEMENT**<br><br>DATE: February 11, 2021<br>TIME: 1:00 pm<br>Location: 230 North First Avenue<br>Phoenix, Arizona<br>Courtroom 603, 6th Floor<br>(Zoom Remote Video) |

Timothy H. Shaffer, Trustee, submits this Supplemental Controverting Statement in response to the Second Declaration of Eric J. Weiss in Support of Amazon Services LLC's Motion for Partial Summary Judgment [DE 323], which was submitted with Amazon's Reply in Support of Amazon Services LLC's Motion for Partial Summary Judgment [DE 322].

1       Mr. Weiss' declaration attests to the fees "Debtor paid to Amazon . . . for the Debtor's participation in the Fulfillment by Amazon program in the six months prior to the Trustee's Complaint." [DE 323, at ¶2]. Mr. Weiss declared that "[t]he 'M15 data' that Amazon produced in this action and the 'settlement reports' that the Trustee produced in this action show that the Debtor paid to Amazon . . . fees". *Id.*

      Amazon's designated representative to testify on its behalf, Tasha Bachand, however, testified that there was nothing in the M15 data that indicates the amount of fees paid by the Debtor to Amazon. Excerpt from Amazon Services LLC 30(b)(6) Deposition of Tasha Bachand filed under seal as Exhibit A.

      Counsel for Trustee has notified Mr. Weiss that his declaration was in error as to what the M15 data reflects, but Mr. Weiss has not withdrawn or modified his declaration. Therefore, the Trustee submits this controverting certificate.

DATED February 9, 2021.

                                                        GALLAGHER & KENNEDY, P.A.

                                                        By: *Dale C. Schian*
                                                          Mark C. Dangerfield
                                                          Dale C. Schian
                                                          Kenneth N. Ralston
                                                          2575 East Camelback Road
                                                          Phoenix, Arizona 85016-9225
                                                          *Attorneys for Trustee Timothy H. Shaffer*

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I electronically transmitted the attached document to the following parties:

>Richard M. Lorenzen, Esq.
>Perkins Coie, LLP
>2901 North Central Avenue, #2000
>Phoenix, Arizona 85012-2788
>Attorneys for Amazon Services LLC
>rlorenzen@perkinscoie.com
>
>Eric J. Weiss, Esq.
>Mallory G. Webster, Esq.
>Perkins Coie, LLP
>1201 Third Avenue, #4900
>Seattle, Washington 98101-3099
>Attorneys for Amazon Services LLC
>eweiss@perkinscoie.com
>MWebster@perkinscoie.com

*/s/Jo Magallanes*

8446115v2/29611-0001

# EXHIBIT A
# FILED UNDER SEAL