Mark C. Dangerfield, #010832
Mark.dangerfield@gknet.com
Dale C. Schian, #010445
dale.schian@gknet.com
Kenneth N. Ralston, #034022
Ken.ralston@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Attorneys for Trustee Timothy H. Shaffer
Email: bkdocket@gknet.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX, LLC,<br><br>Debtor. | Case No. 2:11-BK-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2-13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES, LLC,<br><br>Defendant. | **NOTICE OF FILING DEPOSITION EXCERPT IN SUPPORT OF TRUSTEE'S SUPPLEMENTAL CONTROVERTING STATEMENT**<br><br>DATE: February 11, 2021<br>TIME: 1:00 pm<br>Location: 230 North First Avenue<br>Phoenix, Arizona<br>Courtroom 603, 6th Floor<br><br>(Zoom Remote Video) |

Pursuant to this Court's order dated December 4, 2020 [DE 280], and Local Rule 5005-6(b), the following document has been filed under seal in support of the Trustee's Supplemental Controverting Statement.

1. Excerpt of deposition testimony of Amazon Services LLC through Rule 30(b)(6) witness Tasha Bachand taken March 26, 2019.

The sealed document will be delivered to the court today, Tuesday, February 9, 2020

1  along with a copy for chambers.

3  RESPECTFULLY SUBMITTED February 9, 2021.

**GALLAGHER & KENNEDY, P.A.**

By: */s/Dale. C. Schian*
    Dale C. Schian
    Mark D. Dangerfield
    Kenneth N. Ralston
    2575 East Camelback Road
    Phoenix, Arizona 85004
    *Attorneys for Trustee Timothy H. Shaffer*

8446856v1/29611-0001