Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX LLC,<br>             Debtor. | Case No. 2:11-bk-28944-DPC<br>Chapter 11<br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>             Plaintiff,<br>vs.<br>AMAZON SERVICES LLC,<br>             Defendant. | **NOTICE OF LODGING OF [PROPOSED] ORDER DENYING THE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**NOTICE IS HEREBY GIVEN** that the undersigned counsel has lodged the Proposed Order Denying the Trustee's Motion for Partial Summary Judgment on February 12, 2021, a copy of which is attached as Exhibit A.

Dated: February 12, 2021

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document, as follows:

| | |
|---|---|
| Dale C. Schian<br>Mark C. Dangerfield<br>Kenneth N. Ralston<br>**GALLAGHER & KENNEDY, P.A.**<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225<br>dale.schian@gknet.com<br>mark.dangerfield@gknet.com<br>ken.ralston@gknet.com<br>*Attorneys for Chapter 11 Trustee* | **_X_** Via the Clerk's eFiling Application<br>___ Via U.S. Mail, 1st Class<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**_X_** Via Email<br>___ Other: _____ |

Dated: February 12, 2021            s/ Mallory Gitt Webster

Exhibit A

Exhibit A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX LLC,<br>　　　　　Debtor. | Case No. 2:11-bk-28944-DPC<br>Chapter 11<br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>　　　　　Plaintiff,<br>vs.<br>AMAZON SERVICES LLC,<br>　　　　　Defendant. | **[PROPOSED] ORDER DENYING THE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having considered Plaintiff Timothy H. Shaffer's (the "Trustee") Motion for Partial Summary Judgment, ECF No. 266 (Nov. 20, 2020); Defendant Amazon Services LLC's opposition to the Motion for Partial Summary Judgment, ECF No. 306 (Dec. 23, 2020); the Trustee's reply in support of the Motion for Partial Summary Judgment, ECF No. 321 (Jan. 13, 2021); and the argument of both parties during a hearing on February 11, 2021,

HEREBY ORDERS:

The Trustee's Motion for Partial Summary Judgment, ECF No. 266, is DENIED, although the Court acknowledges that at trial it will entertain admissible evidence regarding the issue of "Shrinkage" raised in the Trustee's Motion.

1
2  **DATED AND SIGNED ABOVE**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

151466950
-2-
Case 2:13-ap-00799-DPC    Doc 341    Filed 02/12/21    Entered 02/12/21 14:27:14    Desc
Main Document    Page 6 of 7

Approved as to form and content:

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*