Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX LLC,<br><br>Debtor. | Case No. 2:11-bk-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES LLC,<br><br>Defendant. | **NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING IN PART, DENYING IN PART, AND RESERVING RULING IN PART ON AMAZON SERVICES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

| | |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that the undersigned counsel has lodged the |
| 2 | Proposed Order Granting in Part, Denying in Part, and Reserving Ruling in Part on Amazon |
| 3 | Services LLC's Motion for Partial Summary Judgment on February 12, 2021, a copy of |
| 4 | which is attached as Exhibit A. |

Dated: February 12, 2021

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document, as follows:

| | |
|---|---|
| Dale C. Schian | __X__ Via the Clerk's eFiling Application |
| Mark C. Dangerfield | ____ Via U.S. Mail, 1st Class |
| Kenneth N. Ralston | ____ Via Overnight Delivery |
| **GALLAGHER & KENNEDY, P.A.** | ____ Via Facsimile |
| 2575 East Camelback Road | __X__ Via Email |
| Phoenix, AZ 85016-9225 | ____ Other: _____ |
| dale.schian@gknet.com | |
| mark.dangerfield@gknet.com | |
| ken.ralston@gknet.com | |
| *Attorneys for Chapter 11 Trustee* | |

Dated: February 12, 2021        s/ Mallory Gitt Webster

# Exhibit A

# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX LLC,<br><br>Debtor. | Case No. 2:11-bk-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES LLC,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING IN PART, DENYING IN PART, AND RESERVING RULING IN PART ON AMAZON SERVICES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having considered Defendant Amazon Services LLC's ("Amazon") Motion for Partial Summary Judgment, ECF No. 272 (Nov. 20, 2020); Plaintiff Timothy H. Shaffer's (the "Trustee") opposition to the Motion for Partial Summary Judgment, ECF No. 303 (Dec. 23, 2020); the Trustee's reply in support of the Motion for Partial Summary Judgment, ECF No. 322 (Jan. 13, 2021); and the argument of both parties during a hearing on February 11, 2021,

HEREBY ORDERS:

Amazon's Motion for Partial Summary Judgment, ECF No. 272, is GRANTED IN PART and DENIED IN PART, and ruling is RESERVED IN PART as follows:

1. The Court finds that there are genuine disputes of material fact regarding

Amazon's argument that the Debtor's material breach of the agreement between Amazon and the Debtor discharges Amazon's further performance under the agreement and DENIES summary judgment on that issue;

2. The Court finds that Count Five in the Trustee's Complaint, ECF No. 1 (July 9, 2013), is duplicative of his breach-of-contract claim and that there is no standalone cause of action for an "accounting" and therefore GRANTS summary judgment on that issue and DISMISSES WITH PREJUDICE Count Five;

3. The Court RESERVES ruling on whether the limitation of liability in the agreement between Amazon and the Debtor is enforceable and on the amount of the limitation; and

4. The Court finds that because of its January 21, 2021, ruling on Amazon's Motion to Exclude the Testimony of Expert Serena Morones, ECF No. 327, Amazon's argument that the Trustee cannot prove damages because his expert's testimony is inadmissible is MOOT and accordingly DENIES summary judgment on this issue.

**DATED AND SIGNED ABOVE**

Approved as to form and content:

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*