UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:11−bk−28944−DPC |
| POTENTIAL DYNAMIX, LLC<br>*Debtor(s)* | Chapter: 11 |

| | |
|---|---|
| TIMOTHY SHAFFER<br>*Plaintiff(s)* | Adversary No.: 2:13−ap−00799−DPC |
| v. | |
| Amazon Services LLC<br>*Defendant(s)* | |

# NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **2/24/21** at **09:00 AM.** The **Honorable Daniel P. Collins** will consider and/or act upon the following matter(s) at the hearing:

CLOSING ARGUMENTS

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link:
http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties may appear at this videoconference hearing using one of the following options:

1. Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.
    a. Click on "Join a Meeting" and enter the **Hearing ID: 160 021 0353**.
    b. Follow on−screen instructions, including entering your full name (First, Last), and entering the **Passcode: 160 021 0353**.

2. Click on the Videoconference Hearing link:
    **https://www.zoomgov.com/j/1600210353?pwd=MkREVlJwSkFRQ2t3cWx0cElPV3prUT09**.
    a. Follow the on−screen instructions, and ensure that your full name (First, Last) is displayed for the record.

Date: February 21, 2021

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice