# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: bryantr | Date Created: 2/21/2021 |
| Case: 2:13–ap–00799–DPC | Form ID: notvhrga | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft      Amazon Services LLC
cc      Amazon Services LLC

                                                                   TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty      DALE C. SCHIAN      bkdocket@gknet.com
aty      ERIC J. WEISS      eweiss@perkinscoie.com
aty      MALLORY GITT WEBSTER      mwebster@perkinscoie.com
aty      MARK C. DANGERFIELD      mark.dangerfield@gknet.com
aty      RICHARD M. LORENZEN      rlorenzen@perkinscoie.com

                                                                   TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      TIMOTHY SHAFFER      c/o Dale C. Schian, Esq.      Gallagher & Kennedy P.A.      2575 E CAMELBACK ROAD, SUITE 1100      PHOENIX, AZ 85016
cd      TIMOTHY SHAFFER      c/o Dale C. Schian, Esq.      Gallagher & Kennedy P.A.      2575 E Camelback Rd. Suite 1100      Phoenix, AZ 85016
ust      U.S. TRUSTEE      OFFICE OF THE U.S. TRUSTEE      230 NORTH FIRST AVENUE      SUITE 204      PHOENIX, AZ 85003

                                                                   TOTAL: 3