# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | POTENTIAL DYNAMIX, LLC |
| **Case Number:** | 2:11-BK-28944-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 17, 2021 09:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | N/A |

### Matter:

**ADV: 2-13-00799**

**TIMOTHY SHAFFER & Amazon Services LLC vs Amazon Services LLC & TIMOTHY SHAFFER**
CONTINUED TRIAL

**R / M #:**   0 / 0

### Appearances:

DALE C. SCHIAN, ATTORNEY FOR TIMOTHY SHAFFER
MARK C. DANGERFIELD, ATTORNEY FOR TIMOTHY SHAFFER
KEN RALSTON, ATTORNEY FOR TIMOTHY SHAFFER
ERIC J. WEISS, ATTOREY FOR ASMAZON SERVICES LLC
MALLORY GITT WEBSTER, ATTORNEY FOR AMAZON SERVICES, LLC
SERENA MORONES, EXPERT WITNESS
TASHA BACHAND, AMAZON CORPORATE REPRESENTATIVE, WITNESS.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:11-BK-28944-DPC           WEDNESDAY, FEBRUARY 17, 2021 09:00 AM

## *Proceedings:*

The Parties discussed some housekeeping issues.

Mr. Schian discusses the declaration in support of Amazon's trial exhibits 247-252 and 253.  He outlines three issues with the declaration.  He argues that this information should have been disclosed by Amazon years ago.

Mr. Weiss responds to the trustee's objection.  He moves to admit exhibits 247-252.

The Court question's Ms. Marones.

COURT: TO THE EXTENT THERE IS AN OBJECTION BY THE TRUSTEE RELATIVE TO THE DECLARATION, IT IS OVERRULED.  TO THE EXTENT THERE IS AN OBJECTION TO THE ADMISSION OF EXHIBITS 247-252, IT IS OVERRULED.

EXHIBITS ADMITTED: Amazon's Exhibits 247, 248, 249, 250, 251, 252.

Ms. Marones is recalled to the stand, and she is still under oath.

Mr. Weiss cross-examined the witness.  Mr. Dangerfield questioned the witness.

The witness is excused.

The Court is afforded a brief recess.

Mr. Schian plays the video deposition for Tom Azzarelli and Justin Ice.

The Parties are excused, and the trial will resume at 9:00 a.m. on February 18, 2021.