# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | POTENTIAL DYNAMIX, LLC | | |
| **Case Number:** | 2:11-BK-28944-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 19, 2021 09:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RENEE BRYANT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

ADV: 2-13-00799

**TIMOTHY SHAFFER & Amazon Services LLC vs Amazon Services LLC & TIMOTHY SHAFFER**

CONTINUED TRIAL

R / M #:  0 /  0

## *Appearances:*

DALE C. SCHIAN, ATTORNEY FOR TIMOTHY SHAFFER
MARK C. DANGERFIELD, ATTORNEY FOR TIMOTHY SHAFFER
KEN RALSTON, ATTORNEY FOR TIMOTHY SHAFFER
ERIC J. WEISS, ATTOREY FOR ASMAZON SERVICES LLC
MALLORY GITT WEBSTER, ATTORNEY FOR AMAZON SERVICES, LLC
TASHA BACHAND, AMAZON CORPORATE REPRESENTATIVE, WITNESS
EDMUND WEIANT WILLIAMS, WITNESS

03/05/2021 4:15:25PM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:11-BK-28944-DPC          **FRIDAY, FEBRUARY 19, 2021 09:00 AM**

## _Proceedings:_

The parties discuss some housekeeping matters.

EXHIBITS ADMITTED: Trustee's Exhibits 119 and 154.  Amazon's Exhibits 222, 229, 234, 240, 243, 262, 203, 204, 205, 206, 207, 210, 211, 212, 213, 214, 215, 217, 218, 221, 223, 224, 226, 227, 230, 264, and 261.

Ms. Bachand is called back to the stand, and she is reminded she is still under oath.

Mr. Schian continues with his cross-examination of Tasha Bachand.

Mr. Schian notes a confidentially issue with Exhibit 150.  He asks Mr. Weiss to confirm it is okay to display. Mr. Weiss asks that the parties discuss this exhibit over lunch.

The Court asks the parties to discuss exhibit 150 over lunch.

The Court is afforded a recess.

Mr. Schian reports the parties have determined the exhibit will not be offered.  The parties discuss the exhibit.

Mr. Schian continues with his cross-examination.

Mr. Weiss has no questions for the witness.

The witness Tasha Bachand is excused.

Mr. Weiss calls Edmund Weiant Williams to the stand.

The witness, Edmund Weiant Williams, was sworn in.  Mr. Weiss questioned the witness.  Mr. Dangerfield cross-examines the witness.  The Court questioned the witness.  Mr. Weiss has no additional questions for the witness.

The Court and the parties discuss briefing and closing arguments.

COURT: IT IS ORDERED SETTING A HEARING FOR CLOSING ARGUMENTS ON FEBRUARY 24, 2021, AT 9:00 AM. IT IS ORDERED ESTABLISHING MARCH 12, 2021, AS THE DEADLINE FOR AMAZON TO FILE THEIR BRIEF.  IT IS ORDERED ESTABLISHING APRIL 2, 2021, AS THE DEADLINE FOR AMAZON TO FILE THEIR RESPONSE.  IT IS ORDERED ESTABLISHING APRIL 14, 2021, AS THE DEADLINE FOR AMAZON TO FILE THEIR REPLY.  IT IS ORDERED SETTING A HEARING FOR POST-TRIAL BRIEFING ON APRIL 19, 2021, AT 10:00 A.M.

**FOR ALL MATTERS SET FOR HEARING ON APRIL 19, 202, AT 10:00 AM, PARTIES ARE DIRECTED TO APPEAR BY VIDEO CONFERENCE USING THE FOLLOWING ZOOM LINK:**

**ZOOM**  <https://www.zoomgov.com/j/1610604287?pwd=d2QzeE9oZUVwSkhEbmh2dHlKZ1IwZz09>

**Meeting ID:** 161 060 4287

**Passcode:** 262180

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

**THE COURT EXPECTS ALL PARTIES TO APPEAR BY VIDEO.  IF A VIDEO CONNECTION IS NOT POSSIBLE, PARTIES MAY APPEAR VIA AUDIO ONLY BY CALLING 877-873-8018, ACCESS CODE 7217155.**

# EXHIBIT LIST

Case Name: Potential Dynamix, LLC

Case #: 2:11-BK-28944-DPC          Adversary #: 2-13-00799

| No. | Marked | Admitted | Description |
|-----|--------|----------|-------------|
| 1 | | 2/16/21 | Joint Exhibits <br> FBA Agreement |
| 2 | | 2/16/21 | DAB Inventory <br> Adjustments from Seller Central |
| 3 | | 2/16/21 | Email from Diana Flores to Scot et al <br> RE: Inventory Reconcillation |
| 4 | | 2/16/21 | Email from Diana Flores to Sean L. dated <br> March 28, 2013 re: Inv. reconcillation |
| 5 | | 2/16/21 | Rebuttal Report of <br> E. Weiant Williams |
| 6 | | 2/16/21 | Merchants@Amazon.com <br> Program Agreement |
| 7 | | 2/16/21 | Morones 5/10/19 <br> Expert Report |
| 8 | | 2/16/21 | 12/7/10 hawcock Email <br> RE: 404 SKUS |
| 9 | | 2/16/21 | 3/1/19 Schian email RE: Pot. Dynamix <br> Ch. 11 Disclosure Statement |
| 10 | | 2/16/21 | 4/2/13 Flores Email RE: Inv. reconcillation <br> Update - DAB |
| 11 | | 2/16/21 | 4/15/13 Seller Central Case details Report |
| 12 | | 2/16/21 | 5/7/13 Bellino Email RE: Another graph <br> Restricted Product. |
| | | ~~2/16/21~~ | |

# EXHIBIT LIST

Case Name: Potential Dynamix, LLC

Case #: 2:11-BK-28944-DPC

Adversary #: 2-13-00799  Trustee's Exhibits

| No. | Marked | Admitted | Description |
|-----|--------|----------|-------------|
| 104 | | 2/16/21 | Initial Disclosures of Amazon Services LLC |
| 105 | | | E. Wriant Williams Handwritten Notes re: Interviews with Amazon Employees |
| 107 | | | Extract of mis data of seven returned units after 12/31 |
| 116 | | | Letter from Eric Weiss to Scot Goldberg dated 10/30/18 re: Response to Trustee Questions |
| 140 | | | Letter from Scott Goldberg to John S. Kaplan dated 12/31/2014 |
| 141 | | | Letter from John S. Kaplan to Scott Goldberg dated 1/7/2015 |
| 144 | | | April 11, 2013 letter from Amazon to Pot. Dynamix LLC terminating Merchants @ Amazon.com Program |
| 147 | | | Agreement) FBA "Inv. Adjustments" document |
| 148 | | | FBA "Amazon Fulfillment Reports" document |
| 151 | | | Internet Archive Wayback Machine capture of FBA Lost & Damaged Inv. Reimbursement 3/5/13 |
| 156 | | | Email from Diana Flores to Cynthia Williams dated 3/6/13 re: Feb. 21st meeting |
| 157 | | | Email from Diana Flores to Riley Althauser & Kunal Kande re: DAB Analysis - Feb 2013 |
| 160 | | 2/16/21 | Monthly Operating Reports from Nov 2012 to Oct. 2013 |

# EXHIBIT LIST

Case Name: Potential Dynamix, LLC          Page #: 3 of 5

Case #: 2:11-BK-28944-DPC     Adversary #: 2-13-00799 Trustee's Exhibits

| No. | Marked | Admitted | Description |
|-----|--------|----------|-------------|
| 161 | | 2/16/21 | Settlement data Files |
| 163 | | | Email between Gowey and Engdahl Dated 5/6/2013 |
| 166 | | | Email from Diana Flores to Diana Flores dated 5/13/2011 re: DAB - James Thompson Input |
| 167 | | | Email from Diana Flores to Sean Laucock dated 10/17/2011 re: Missing Inv. for DAB Unlimited |
| 168 | | | Email from Brandon Haskell to Patrick Gowey dated 1/28/2013 re: FBA Recon Case/RMS Proc.-Seller |
| 169 | | | Email from Patrick Gowey to Pahoirat Nopsitipurn dated 1/28/2013 re: DAB Unlimited |
| 170 | | | Email from Catia Monteiro to Diana Flores Dated 3/27/2013 re: DAB Unlimited |
| 171 | | | FBA "Inventory Reports" document |
| 172 | | 2/16/21 | Declaration of Serena Morones |
| 178 | | 2/16/21 | Morones Chart |
| 179 | | | Morones Chart |
| 180 | | | Morones Chart |
| 181 | | 2/16/21 | Morones Chart |

# EXHIBIT LIST

Case Name: Potential Dynamix, LLC

Case #: 2:11-BK-28944-DPC    Adversary #: 2-13-00799

| No. | Marked | Admitted | Trustee's Exhibit Description |
|-----|--------|----------|------------------------------|
| 182 | | | Morones Chart |
| 183 | | | Marones Chart |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT LIST

Case Name: Potential Dynamics, LLC      

Case #: 2:11-BK-28944-DPC     Adversary #: 2-13-00799

| No. | Marked | Admitted | Amazon Exhibits Description |
|---|---|---|---|
| 201 | | 2/16/21 | 7/9/13 Complaint |
| 202 | | | Morones Invoices |
| 216 | | | 12/15/12 Shaffer Email re: Full Amazon Audit |
| 219 | | | 1/22/13 Bellino Email re: Remittance Advice for 1/9 and 1/10 |
| 220 | | | 2/12/13 Meeting with Amazon Agenda and emails |
| 228 | | | 4/23/13 Azzarelli Email re: Revenues, Actual and projected, Feb - Apr 2013 |
| 233 | | | 4/14/17 Trustee Response to Amazon Second Discovery Requests |
| 253 | | | Settlement Reports Screen shot Exh. |
| 259 | | 2/16/21 | Trial Declaration of E. Weiant Williams |
| | | | |
| | | | |
| | | | |
| | | | |

Case No: __11-28944-DPC__        Adv. No. __13-0799-DPC__

Case Name: __Potential Dynamix, LLC__

Date of Trial: __2/17/21__

| Exhibit | Description | Admitted |
|---------|-------------|----------|
| 247 | Settlement Report Txt File | 2/17 |
| 248 | Settlement Report Txt File | 2/17 |
| 249 | Settlement Report Txt File | 2/17 |
| 250 | Settlement Report Txt File | 2/17 |
| 251 | Settlement Report Txt File | 2/17 |
| 252 | Settlement Report Txt File | 2/17 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

EXHIBIT LIST

Case No: 11-28944-DPC          Adv. No. 13-00799-DPC

Case Name: Potential Dynamix, llc

Date of Trial: 2/18/21

| Exhibit | Description | Admitted |
|---------|-------------|----------|
| 131 | May 2015 Data Production by Amazon | 2/18 |
| 161 | Settlement data files | 2/18 |
| 263 | | 2/18 |
| 245 | Auto Unsellable Removal Setting Screenshot | 2/18 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case No: 11-28944-DPC

Adv. No. 13-00799-DPC

Case Name: Potential Dynamix, LLC

Date of Trial: 2/19/21

| Exhibit | Description | Admitted |
|---|---|---|
| 119 | Second Supplemental Disclosure Statement Pursuant to Fo | 2/19 |
| 222 | 3/12/13 Disclosure Statement | 2/19 |
| 229 | 5/7/13 Notice of Filing Chapter 11 Trustee's Report | 2/19 |
| 234 | 3/13/18 Cone Retention Letter | 2/19 |
| 240 | 8/10/18 Goldberg Email Re: Monthly Operating Reports for | 2/19 |
| 243 | 5/9/19 Ashworth Email Re: Settlement Report Question | 2/19 |
| 262 | | 2/19 |
| 203 | 12/14/10 Reilly Email Re: Listing Errors | 2/19 |
| 204 | 1/13/11 Soder Email Re: 404 SKU's | 2/19 |
| 205 | 1/14/11 Azzarelli Email Re: Further Sku Miscreation | 2/19 |
| 206 | 1/21/11 Reilly Email Re: .missing SKUs | 2/19 |
| 207 | 7/15/11 Reilly Email Re: | 2/19 |
| 210 | 5/8/12 Lawcock Email Re: Case 58103781 | 2/19 |
| 211 | 8/14/12 Bellino Email Re: Important: Fulfillment by Amazon | 2/19 |
| 212 | 8/22/12 Bellino Email Re: Your Amazon.com Inventory | 2/19 |
| 213 | 9/6/12 Bellino Email Re: Your Amazon.com Inventory | 2/19 |
| 214 | 12/10/12 Bellino Email Re: Full Audit Amazon | 2/19 |
| 215 | FBA Inventory Overview 2008, 2009, 2010, 2011 Spreadsh | 2/19 |
| 217 | 12/20/12 Lawcock Email Re: 2012 Audit Up to December 1 | 2/19 |
| 218 | 1/2/13 Lawcock Email Re: DAB Update 2013 | 2/19 |
| 221 | 2/13/13 DAB Email Re: Important: Fulfillment by Amazon D | 2/19 |

EXHIBIT LIST

Case No: 11-28944-DPC          Adv. No. 13-00799-DPC

Case Name: Potential Dynamix, LLC

Date of Trial: 2/19/21

| Exhibit | Description | Admitted |
|---|---|---|
| 223 | 3/13/13 Lawcock Email Re: FBA Inventory Summaries | 2/19 |
| 224 | FBA Inventory Overview 2008, 2009, 2010, 2011 Spreadsh | 2/19 |
| 226 | 4/23/13 Bellino Email Re: Revenues, Actual and Projected | 2/19 |
| 227 | Revenues 2013 Spreadsheet PDF | 2/19 |
| 230 | 7/9/13 Azzarelli Email Re: Aged Inventory Project Summer | 2/19 |
| 264 | | 2/19 |
| 261 | ACQAIAI Inventory Adjustment Item Document | 2/19 |
| 154 | Amazon diagram of FBA reimbursement | 2/19 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |