| | |
|---|---|
| 1 | Richard M. Lorenzen (Bar No. 006787) |
| 2 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 3 | Phoenix, Arizona 85012-2788 |
|   | Email: RLorenzen@perkinscoie.com |
| 4 | Telephone: 602-351-8000 |
|   | Facsimile: 602-648-7000 |
| 5 | |
| 6 | John S. Kaplan (Admitted *Pro Hac Vice*) |
|   | Eric J. Weiss (Admitted *Pro Hac Vice*) |
| 7 | Mallory Gitt Webster (Admitted *Pro Hac Vice*) |
|   | **PERKINS COIE LLP** |
| 8 | 1201 Third Avenue, Suite 4900 |
|   | Seattle, Washington 98101-3099 |
| 9 | Email: JKaplan@perkinscoie.com |
| 10 | Email: EWeiss@perkinscoie.com |
|    | Email: MWebster@perkinscoie.com |
| 11 | Telephone: 206-359-8000 |
|    | Facsimile: 206-359-9408 |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX LLC,<br><br>        Debtor.<br><br>———————————————<br><br>TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES LLC,<br><br>        Defendant. | Case No. 2:11-bk-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-00799<br><br>**DECLARATION OF ERIC J. WEISS IN SUPPORT OF AMAZON SERVICES LLC'S POST-TRIAL MOTION TO EXCLUDE PREJUDGMENT INTEREST** |

I, Eric J. Weiss, declare as follows:

1. I am an attorney with Perkins Coie LLP, and we represent Defendant Amazon Services LLC ("Amazon") in this adversary proceeding. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge and the files and records in this matter.

2. In 2015, one of the Trustee's now-former testifying expert witnesses, Cathie Cameron, prepared three expert reports. In response to the Court's 2019 discovery order, the Trustee produced those reports at beginning Bates numbers PD005243, Shaffer19000439, and Shaffer19000608.

3. In 2017, one of the Trustee's now-former testifying expert witnesses, Stephen A. Ashworth, prepared two expert reports. In response to the Court's 2019 discovery order, the Trustee produced those reports at beginning Bates numbers PD005435 and PD005478.

4. After the production of the M15 data in May 2015 until the Trustee's eventual production of an expert report in May 2019, Amazon agreed multiple times to allow the Trustee to extend the deadline to produce an expert report.

5. In November and December 2019, the Trustee produced expert documents in response to the Court's October 2019, order requiring the production of such documents.

6. Attached to this Declaration as **Exhibit A** are true and correct copies of excerpts from the deposition of Serena Morones.

7. Attached to this Declaration as **Exhibit B** are true and correct copies of excerpts from the deposition of Jeffrey A. Cone.

//
//
//
//
//
//
//

-2-
Case 2:18-ap-00799-DPC    Doc 372    Filed 03/12/21    Entered 03/12/21 17:47:24    Desc
Main Document    Page 2 of 14

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of March, 2021, at Seattle, Washington.

By: _____
Eric J. Weiss

Exhibit A

Exhibit A

```
1              UNITED STATES BANKRUPTCY COURT
2                FOR THE DISTRICT OF ARIZONA
3
4   IN RE:
5   POTENTIAL DYNAMIX LLC,
6              Debtor.
7   _____
8   TIMOTHY H. SHAFFER,
9   Chapter 11 Trustee,
10             Plaintiff,
11      vs.                       Case No. 2:11-bk-28944-DPC
12                                Chapter 11
13  AMAZON SERVICES, LLC,         Adv. No. 2-13-ap-00799
14             Defendant.
15  _____
16
17             VIDEOTAPED DEPOSITION OF
18                  SERENA MORONES
19                  Portland, Oregon
20          Tuesday, August 18, 2020  9:10 a.m.
21  Job No.:  313759
22  Pages: 1 - 276
23  Stenographically Reported By:
24  Alison C. Webster, CSR-6266, RPR, RMR, CRR, RDR
25
```

| | | | |
|---|---|---|---|
| 1 | | no corresponding entry in the settlement reports | 01:24:35 |
| 2 | | showing that payment was made from Amazon to the | 01:24:39 |
| 3 | | debtor, you concluded that it means Amazon did not pay | 01:24:41 |
| 4 | | the debtor.  Is that -- | 01:24:47 |
| 5 | A. | That's correct. | 01:24:49 |
| 6 | Q. | Thank you.  Okay.  Did someone instruct you to include | 01:24:49 |
| 7 | | damages for sales proceeds not remitted to Potential | 01:25:02 |
| 8 | | Dynamix in your report? | 01:25:05 |
| 9 | A. | No. | 01:25:11 |
| 10 | Q. | Why is it in your report? | 01:25:12 |
| 11 | A. | Because I observed the existence of data in the M15 | 01:25:15 |
| 12 | | data that did not appear in the settlement data and I | 01:25:19 |
| 13 | | believed that that was an important category of | 01:25:26 |
| 14 | | damages to consider after having evaluated the | 01:25:31 |
| 15 | | comparison between the two datasets, keeping in mind | 01:25:37 |
| 16 | | what you questioned Mr. Cone about yesterday.  Even | 01:25:43 |
| 17 | | the -- the date issue, date gaps in the settlement | 01:25:48 |
| 18 | | data, I -- I still believed that this was an important | 01:25:55 |
| 19 | | and credible damage category. | 01:25:58 |
| 20 | Q. | I'm just -- I'm just looking at your answer here. | 01:26:00 |
| 21 | | Ms. Morones, what are the settlement | 01:26:17 |
| 22 | | reports on which you relied to form your opinion at | 01:26:43 |
| 23 | | number 4? | 01:26:46 |
| 24 | A. | Those reports are electronic data files that were | 01:26:49 |
| 25 | | transmitted from Amazon to the debtor that accompanied | 01:26:55 |

|   |    |                                                              |          |
|---|----|--------------------------------------------------------------|----------|
| 1 |    | adjustment transaction codes meant.  And so it was           | 05:07:43 |
| 2 |    | helpful for Mr. Cone and I to gather background              | 05:07:53 |
| 3 |    | information and understand the history of the case,         | 05:07:59 |
| 4 |    | understand what he had done to date in studying the         | 05:08:04 |
| 5 |    | data, understanding the volume and scope of the data.       | 05:08:07 |
| 6 |    | So those were some of the ways that he was helpful.         | 05:08:13 |
| 7 | Q. | What was his story?                                          | 05:08:15 |
| 8 | A. | I am sure someone will ask him that tomorrow.  It's a       | 05:08:27 |
| 9 |    | very long story.  He -- he explained that he was --         | 05:08:30 |
|10 |    | worked as a consultant -- engaged as a consultant to        | 05:08:34 |
|11 |    | assist with inventory issues with the debtor; that he       | 05:08:38 |
|12 |    | obtained the settlement data -- some of the settlement      | 05:08:44 |
|13 |    | data; that he began to analyze it and work with             | 05:08:47 |
|14 |    | Timothy Shaffer in understanding the inventory              | 05:08:55 |
|15 |    | position of the company and what might be potential         | 05:09:00 |
|16 |    | unaccounted inventory or inventory that needed to have      | 05:09:04 |
|17 |    | claims placed for it.                                        | 05:09:08 |
|18 | Q. | ==Was your assignment from the trustee to validate==        | 05:09:12 |
|19 |    | ==Mr. Ashworth's analysis?==                                 | 05:09:15 |
|20 | A. | ==Initially.  That was the first -- first phase of my==     | 05:09:18 |
|21 |    | ==assignment was to take a look at Mr. Ashworth's==         | 05:09:22 |
|22 |    | ==analysis and determine whether it was adequately==        | 05:09:30 |
|23 |    | ==supported and give me input about what -- what I==        | 05:09:32 |
|24 |    | ==thought about it.==                                        | 05:09:34 |
|25 | Q. | You said that his beliefs -- one of the things that         | 05:09:35 |

|   |    |                                                              |          |
|---|----|--------------------------------------------------------------|----------|
| 1 |    | time, sort of, keeping up with his rationale or              | 05:15:06 |
| 2 |    | reasons for wanting to send us information.                  | 05:15:13 |
| 3 | Q. | I want to make sure you -- we were talking about the         | 05:15:17 |
| 4 |    | things that you found him helpful for.  I want to be         | 05:15:21 |
| 5 |    | very clear about my question here.  We discussed             | 05:15:24 |
| 6 |    | earlier how Mr. Ashworth helped you in comparing your        | 05:15:27 |
| 7 |    | report and you identified a few items.  Are there any        | 05:15:30 |
| 8 |    | other ways that Mr. Ashworth helped you with your --         | 05:15:36 |
| 9 |    | with your preparation of your opinions in your report?       | 05:15:41 |
| 10| A. | There's nothing that I haven't described or discussed        | 05:15:52 |
| 11|    | coming to mind.                                              | 05:15:57 |
| 12| Q. | Was there a point during which -- strike that.               | 05:15:58 |
| 13|    | Was there a point during your working                        | 05:16:05 |
| 14|    | relationship with Mr. Ashworth in this case where you        | 05:16:07 |
| 15|    | concluded he was just no longer helpful to you?              | 05:16:10 |
| 16| A. | There was -- I wouldn't necessarily say we concluded         | 05:16:30 |
| 17|    | that he was no longer helpful.  There was a point            | 05:16:32 |
| 18|    | where Mr. Cone and I decided to proceed with the             | 05:16:35 |
| 19|    | analysis largely on our own without -- without his           | 05:16:42 |
| 20|    | input.                                                       | 05:16:44 |
| 21| Q. | And if Amazon -- I'm sorry, it sounded like you might        | 05:16:47 |
| 22|    | have had more there.                                         | 05:16:50 |
| 23| A. | No, it's fine.  I'm finished.                                | 05:16:51 |
| 24| Q. | Don't stop because you thought I was going to ask my         | 05:16:56 |
| 25|    | next question.  Did you have more information to share       | 05:16:59 |

```
1                    CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN  )
3                      ) SS
4    COUNTY OF OAKLAND  )
5
6              I, ALISON WEBSTER, certify that the
7      deposition of SERENA MORONES was taken before me
8      via videoconference on the date hereinbefore set
9      forth; that the foregoing questions and answers
10     were recorded by me stenographically and reduced
11     to computer transcription; that this is a true,
12     full and correct transcript of my stenographic
13     notes so taken; and that I am not related to, nor
14     of counsel to, either party nor interested in the
15     event of this cause.
16
17
18
19
20
21     _____
22     ALISON C. WEBSTER, CSR-6266, RPR, RMR, CRR, RDR
23     Notary Public,
24     Oakland County, Michigan.
25   My Commission expires:  May 1, 2023
```

Exhibit B

```
 1                UNITED STATES BANKRUPTCY COURT
 2                 FOR THE DISTRICT OF ARIZONA
 3
 4   IN RE:
 5   POTENTIAL DYNAMIX LLC,
 6              Debtor.
 7   _____
 8   TIMOTHY H. SHAFFER,
 9   Chapter 11 Trustee,
10              Plaintiff,
11      vs.                          Case No. 2:11-bk-28944-DPC
12                                   Chapter 11
13   AMAZON SERVICES, LLC,       Adv. No. 2-13-ap-00799
14              Defendant.
15   _____
16
17                 VIDEOTAPED DEPOSITION OF
18                       JEFFREY CONE
19                      Mulino, Oregon
20                  Monday, August 17, 2020
21                        9:09 a.m.
22   Job No.:  313756
23   Pages:   1 - 199
24   Stenographically Reported By:
25   Alison C. Webster, CSR-6266, RPR, RMR, CRR, RDR
```

| | | |
|---|---|---|
| 1 | A.  I know she was being engaged as a testifying expert | 09:54:28 |
| 2 | witness. | 09:54:30 |
| 3 | Q.  What was your understanding of Ms. Morones's role in | 09:54:31 |
| 4 | the matter? | 09:54:54 |
| 5 | MR. SCHIAN:  Objection, lack of foundation. | 09:54:55 |
| 6 | BY MS. WEBSTER: | 09:54:56 |
| 7 | Q.  Go ahead. | 09:54:57 |
| 8 | A.  That she was going to be the testifying expert. | 09:54:59 |
| 9 | Q.  Okay.  What work did you understand that she was going | 09:55:02 |
| 10 | to do in -- to fulfill that role? | 09:55:08 |
| 11 | MR. SCHIAN:  Same objection. | 09:55:10 |
| 12 | A.  To -- to gain a thorough understanding of the | 09:55:12 |
| 13 | information and, ultimately, to opine on what damages | 09:55:17 |
| 14 | she thought she -- that we -- that Morones Analytics | 09:55:23 |
| 15 | determined were reasonable and supportable. | 09:55:33 |
| 16 | BY MS. WEBSTER: | 09:55:35 |
| 17 | Q.  ==And how did you understand that your work with the== | 09:55:35 |
| 18 | ==data would relate to Ms. Morones's work on damages?== | 09:55:38 |
| 19 | ==Her opinions on damages?== | 09:55:45 |
| 20 | A.  ==That Ms. Morones needed me to help her digest --== | 09:55:48 |
| 21 | ==understand, digest, analyze, understand the voluminous== | 09:55:54 |
| 22 | ==amount of data involved in this case, in general.== | 09:56:00 |
| 23 | ==More specifically, the Amazon productions of -- I --== | 09:56:05 |
| 24 | ==that we -- I think -- that we were -- that we referred== | 09:56:10 |
| 25 | ==to in the expert report as the M15 data as well as the== | 09:56:12 |

|   |    |                                                              |          |
|---|----|--------------------------------------------------------------|----------|
| 1 |    | Seller Central data.                                         | 09:56:20 |
| 2 | Q. | And when you say "Seller Central data," to what are          | 09:56:23 |
| 3 |    | you referring to?                                            | 09:56:27 |
| 4 | A. | My -- my understanding is that Amazon maintained a           | 09:56:28 |
| 5 |    | website called Seller Central that people,                   | 09:56:34 |
| 6 |    | representatives of Potential Dynamix, accessed to            | 09:56:39 |
| 7 |    | under -- to get -- to retrieve information about what        | 09:56:42 |
| 8 |    | settlement reports were saying or -- or access to the        | 09:56:48 |
| 9 |    | settlement reports as well as to monitor inventory           | 09:56:53 |
| 10|    | levels.                                                      | 09:56:56 |
| 11| Q. | Okay.  So when you state Seller Central data, are you        | 09:56:58 |
| 12|    | referring only to the settlement reports or are you          | 09:57:02 |
| 13|    | referring to settlement reports and something else?          | 09:57:05 |
| 14| A. | I'm referring to settlement reports and other                | 09:57:09 |
| 15|    | information that was downloaded from Seller Central          | 09:57:11 |
| 16|    | by, I believe, Mr. Ashworth and possibly other               | 09:57:17 |
| 17|    | people -- other representatives of Potential Dynamix         | 09:57:20 |
| 18|    | that was ultimately given to me.                             | 09:57:28 |
| 19| Q. | What information was downloaded from Seller Central?         | 09:57:31 |
| 20| A. | Besides the settlement reports?                              | 09:57:34 |
| 21| Q. | Yes.  Besides the settlement reports, what other             | 09:57:36 |
| 22|    | information, to your knowledge, was downloaded from          | 09:57:38 |
| 23|    | Seller Central?                                              | 09:57:40 |
| 24| A. | I would have to go back to my file to completely             | 09:57:41 |
| 25|    | answer that, but, in general, there was inventory            | 09:57:48 |

```
1                  CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN   )
3                        ) SS
4    COUNTY OF OAKLAND   )
5
6                  I, ALISON WEBSTER, certify that the
7         deposition of JEFFREY CONE was taken before me via
8         videoconference on the date hereinbefore set
9         forth; that the foregoing questions and answers
10        were recorded by me stenographically and reduced
11        to computer transcription; that this is a true,
12        full and correct transcript of my stenographic
13        notes so taken; and that I am not related to, nor
14        of counsel to, either party nor interested in the
15        event of this cause.
16
17
18
19
20
21        _____
22        ALISON C. WEBSTER, CSR-6266, RPR, RMR, CRR, RDR
23        Notary Public,
24        Oakland County, Michigan.
25     My Commission expires:  May 1, 2023
```