Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602-351-8000
Facsimile: 602-648-7000

John S. Kaplan (Admitted *Pro Hac Vice*)
Eric J. Weiss (Admitted *Pro Hac Vice*)
Mallory Gitt Webster (Admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206-359-8000
Facsimile: 206-359-9408

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX LLC,<br>Debtor. | Case No. 2:11-bk-28944-DPC<br>Chapter 11<br>Adv. No. 2-13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>Plaintiff,<br>vs.<br>AMAZON SERVICES LLC,<br>Defendant. | **NOTICE OF LODGING JOINT SUBMISSION OF EXHIBITS AND DEPOSITION DESIGNATIONS** |

**PURSUANT TO THE REQUEST OF THE COURT, NOTICE** is hereby given that on April 2, 2021, Amazon Services, LLC, by and through undersigned counsel, delivered to the Court a flash drive containing the parties' Joint Submission of Exhibits

and Deposition Designations.

A copy of the parties' Joint Submission of Exhibits and Deposition Designations was served on counsel for Timothy H. Shaffer by hand delivery at the following address.

> Dale C. Schian
> Mark C. Dangerfield
> Kenneth N. Ralston
> GALLAGHER & KENNEDY, PA
> 2575 East Camelback Road, Suite 1100
> Phoenix, Arizona 85016
> dale.schian@gknet.com
> mark.dangerfield@gknet.com
> ken.ralston@gknet.com

Dated: April 2, 2021

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602-351-8000
Facsimile: 602-648-7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206-359-8000
Facsimile: 206-359-9408

*Attorneys for Amazon Services LLC*

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document:

| | |
|---|---|
| Dale C. Schian<br>Mark C. Dangerfield<br>Kenneth N. Ralston<br>GALLAGHER & KENNEDY, PA<br>2575 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016<br>dale.schian@gknet.com<br>mark.dangerfield@gknet.com | **X** Via the Clerk's eFiling Application<br>___ Via U.S. Mail, 1st Class<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**X** Via Email<br>___ Other: _____ |

*Attorneys for Chapter 11 Trustee*

Dated: April 2, 2021          By: s/ Eric J. Weiss
                                  (Admitted *Pro Hac Vice*)