Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>POTENTIAL DYNAMIX LLC,<br><br>Debtor. | Case No. 2:11-bk-28944-DPC<br><br>Chapter 11<br><br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON SERVICES LLC,<br><br>Defendant. | **AMAZON SERVICES LLC'S NOTICE OF SERVICE OF SUPPLEMENTAL SUBMISSION OF DEPOSITION DESIGNATIONS** |

**NOTICE IS HEREBY GIVEN** that on April 2, 2021, Amazon provided to the Court and served on counsel for the Trustee a second flash drive titled "Amazon Supplemental Submission of Deposition Designations." The second flash drive contains only seven additional deposition designations that were not included in the parties' joint submission containing over 500 designations.

Because the Court has yet to rule on the admissibility of either party's deposition designations, because the Court informed the parties that it wants to hear all of the information that the parties wish to offer, because the parties agreed prior to and during trial that they would likely have to make alterations and corrections to their designations, and because the Trustee moved to admit at trial new exhibits not previously disclosed and offered additional deposition designations (via video) not previously identified, Amazon is providing the Court with these supplemental designations for its consideration. *Compare* ECF No. 332-1 (Feb. 5, 2021) (pre-trial list of exhibits), *with* 2/16/21 Trial Tr. at 2 (listing additional Exhibits 178–83); *see also* Declaration of Eric J. Weiss in Support of Notice ("Weiss Decl.") ¶¶ 2–3.

The Court directed the parties to submit after trial a single flash drive with all of the deposition designations offered for consideration, the exhibits admitted at trial, and a list of acronyms referenced at trial. 2/18/21 Trial Tr. at 50:13–17. To assist the Trustee and his counsel, Amazon offered to prepare the final materials and flash drive for submission. Weiss Decl. ¶ 4. Amazon provided the Court with that flash drive today.

For the Court's convenience and to comply with the Court's direction, Amazon sought to include on that single flash drive the seven supplemental designations referenced here. *Id.* ¶ 5. Amazon did not ask the Trustee to stipulate to the admissibility of these supplemental designations; it merely sought to include them on the single flash drive for the Court's consideration. *Id.* ¶ 6. The Trustee refused. *Id.* Amazon offered to include the Trustee's objections on the designation spreadsheet. *Id.* ¶ 7. The Trustee refused. *Id.* Amazon invited the Trustee to provide any counter-designations he felt were warranted. *Id.* The Trustee refused. *Id.* Amazon offered to highlight the designations in the transcripts in

a different color to distinguish them from the pretrial designations. *Id.* ¶ 8. The Trustee refused. *Id.*

The only explanation the Trustee has offered for his refusal to allow the supplemental designations on the single flash drive is that the trial has ended. *Id.* ¶ 9. But the Court has not yet ruled on the admissibility of any of the offered deposition designations, and the parties are offering all of their designations for the Court's consideration post-trial. *Id.* ¶ 10. Amazon is not attempting to reopen evidence. Amazon is not trying to add new exhibits. The supplemental designations come from the same deposition transcripts that the parties are already submitting to the Court in full. *Id.* ¶ 11. In other words, the Court already has this testimony. *See id.*

Because the Trustee would not agree to include Amazon's supplemental designations on the single flash drive requested by the Court, Amazon has provided a second flash drive containing those designations.

Dated: April 2, 2021

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)

*Attorneys for Amazon Services LLC*

-3-

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document, as follows:

| | |
|---|---|
| Dale C. Schian<br>Mark C. Dangerfield<br>Kenneth N. Ralston<br>**GALLAGHER & KENNEDY, P.A.**<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225<br>dale.schian@gknet.com<br>mark.dangerfield@gknet.com<br>ken.ralston@gknet.com | __X__ Via the Clerk's eFiling Application<br>____ Via U.S. Mail, 1st Class<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>__X__ Via Email<br>____ Other: _____ |

*Attorneys for Chapter 11 Trustee*

Dated: April 2, 2021                                             s/ Mallory Gitt Webster

-4-