**SO ORDERED.**

**Dated: August 11, 2022**

*Daniel P. Collins*
**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-BK-28944-DPC |
| POTENTIAL DYNAMIX, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee, | **JUDGMENT** |
| Plaintiff, | |
| v. | |
| AMAZON SERVICES, LLC, | |
| Defendant | |

This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Under Advisement Order filed July 18, 2022:

1. Judgment is entered in favor of Timothy H. Shaffer, Chapter 11 Trustee, against Defendant Amazon Services, LLC its violation of the automatic stay in the amount of $668,484.00 plus interest from the date of judgment until paid at the rate provided by 28 U.S.C. § 1961 on the date judgment is entered.

2. Judgment is entered in favor of Timothy H. Shaffer, Chapter 11 Trustee, against Defendant Amazon Services, LLC for its breach of contract in the amount of $332,806.00 plus pre- and post-judgment simple interest at the rate of 12% per annum from April 1, 2015, until paid.

**DATED AND SIGNED ABOVE**