Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Telephone: 206.359.8000
Facsimile: 206.359.9408

*Attorneys for Amazon Services LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:11-bk-28944-DPC |
| POTENTIAL DYNAMIX LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee, | **AMAZON SERVICES LLC's MOTION FOR COSTS** |
| Plaintiff, | |
| vs. | |
| AMAZON SERVICES LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Bankruptcy Procedure 7068 and Federal Rule of Civil Procedure 68, Defendant Amazon Services LLC moves for the costs Amazon incurred after it served on the Trustee an offer of judgment that the Trustee rejected and that was more favorable than the judgment obtained by the Trustee.

\* \* \*

On January 22, 2018, Amazon served on the Trustee an offer of judgment. Declaration of Eric J. Weiss ISO Amazon's Mot. for Costs ("Weiss Decl.") ¶ 2 & Ex. A. Amazon's offer allowed the Trustee "to take judgment against it in the sum of $2,000,001.00," including all taxable costs accrued through the date of the offer. *Id.* Ex. A at 3. The Trustee rejected the offer of judgment by declining to accept it "within 14 days after being served." *Id.* ¶ 3; *see also* Fed. R. Civ. P. 68(a).

On August 11, 2022, the Court entered judgment in favor of the Trustee. The judgment includes $332,806.00 in damages for breach of contract, $668,484.00 in damages for violation of the automatic stay, and $294,218.74 in prejudgment interest.[1] DE 404 at 1–2. The total judgment—$1,295,508.74—is less favorable than the $2,000,001.00 that Amazon offered. *Compare id.*, *with* Weiss Decl. Ex. A at 3.

If a party defending against a claim makes a valid Rule 68 offer and "the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68(d). "The award is mandatory; Rule 68 leaves no room for the court's discretion." *United States v. Trident Seafoods Corp.*, 92 F.3d 855, 859 (9th Cir. 1996).

"The requirements for a valid Rule 68 offer are simple": the defendant must serve an offer that allows the plaintiff to enter judgment for a definite sum, is unconditional, and includes costs accrued by the plaintiff through the date of the offer. *Herrington v. Cnty. of Sonoma*, 12 F.3d 901, 906 (9th Cir. 1993). Amazon made a valid Rule 68 offer by serving on the Trustee an offer that allowed the Trustee to take judgment against Amazon in the

---

[1] $294,218.74 is the interest that accrued on the Trustee's $332,806 in damages for breach of contract at a rate of 12% between April 1, 2015, and August 11, 2022.

definite sum of $2,000,001.00 without condition and inclusive of "all taxable costs accrued through the date of" the offer of judgment. Weiss Decl. ¶ 2 & Ex. A.

Because Amazon made a valid Rule 68 offer that was more favorable than the judgment the Trustee obtained, Rule 68(d) obligates the Trustee to pay Amazon's "standard post-offer costs (i.e., costs excluding attorneys' fees)." *Champion Produce, Inc. v. Ruby Robinson Co., Inc.*, 342 F.3d 1016, 1026 (9th Cir. 2003). Standard post-offer costs are those outlined in 28 U.S.C. §§ 1920 and 1923. *Moskowitz v. Am. Savings Bank, F.S.B.*, 37 F.4th 538, 543 (9th Cir. 2022) ("'Costs' is a term which has a long-standing definition: the items which are listed in 28 U.S.C. §§ 1920, 1923."). Amazon incurred $41,438.24 in standard post-offer costs, which are detailed in the verified cost statement (bill of costs), itemization, receipts, and invoices that are attached to the accompanying Declaration of Eric J. Weiss.

Dated: August 22, 2022   By: s/ Eric J. Weiss
　　　　　　　　　　　　　Richard M. Lorenzen (Bar No. 006787)
　　　　　　　　　　　　　John S. Kaplan (*Pro Hac Vice*)
　　　　　　　　　　　　　Eric J. Weiss (*Pro Hac Vice*)
　　　　　　　　　　　　　Mallory Gitt Webster (*Pro Hac Vice*)

　　　　　　　　　　　　　*Attorneys for Amazon Services LLC*

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document, as follows:

| | |
|---|---|
| Dale C. Schian<br>Mark C. Dangerfield<br>Kenneth N. Ralston<br>**GALLAGHER & KENNEDY, P.A.**<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225<br>dale.schian@gknet.com<br>mark.dangerfield@gknet.com<br>ken.ralston@gknet.com | **X**  Via the Clerk's eFiling Application<br>___ Via U.S. Mail, 1st Class<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**X**  Via Email<br>___ Other: _____ |

*Attorneys for Chapter 11 Trustee*

Dated: August 22, 2022

                                                                         s/ Eric J. Weiss

157930979