**SO ORDERED.**

**Dated: January 10, 2023**

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX, LLC,<br>    Debtor. | Case No. 2:11-BK-28944-DPC |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>    Plaintiff,<br>v.<br>AMAZON SERVICES LLC,<br>    Defendant | Chapter 11<br><br>Adv. No. 2:13-ap-00799<br><br>**AMENDED JUDGMENT** |

This action came for consideration before the Court on December 19, 2022. The issues have been considered and a decision rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Under Advisement Order filed July 18, 2022:

1. Judgment was entered on August 11, 2022, DE 404, and after a hearing on Defendant Amazon Services LLC's Motion for Costs, DE 408, and Motion to Amend the Judgment, DE 410, is hereby amended as follows.

Main Document    Page 1 of 2

2. Amended Judgment is entered in favor of Plaintiff Timothy H. Shaffer, Chapter 11 Trustee, against Defendant Amazon Services LLC for violation of the bankruptcy automatic stay in the amount of $668,484.00 plus post-judgment interest at the rate provided by 28 U.S.C. § 1961 (3.12% per annum) on the foregoing amount from August 11, 2022, until paid.

3. Amended Judgment is entered in favor of Plaintiff Timothy H. Shaffer, Chapter 11 Trustee, against Defendant Amazon Services LLC for breach of contract in the amount of $332,806.00, plus pre-judgment simple interest at the rate of 12% per annum from April 1, 2015, through August 10, 2022, and post-judgment interest at the rate provided by 28 U.S.C. § 1961 (3.12% per annum) on the foregoing amount from August 11, 2022, until paid. The award of pre-judgment interest is further reduced by 30 days pursuant to the parties' stipulation and the Court's order on Amazon's Motion to Amend the Judgment.

4. Amended Judgment is further reduced by $34,358.74, the amount of recoverable costs awarded to Defendant Amazon Services LLC, pursuant to Federal Rule of Civil Procedure 68 and 28 U.S.C. § 1920.

5. Accordingly, the Court enters an Amended Judgment in the amount of $1,257,879.04, plus post-judgment interest (3.12% per annum) from August 11, 2022, until paid.

**DATED AND SIGNED ABOVE**

9258599v17/29611-0001