Richard M. Lorenzen (Bar No. 006787)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602-351-8000
Facsimile: 602-648-7000

John S. Kaplan (Admitted *Pro Hac Vice*)
Eric J. Weiss (Admitted *Pro Hac Vice*)
Mallory Gitt Webster (Admitted *Pro Hac Vice*)
Dane A. Westermeyer (Admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: DWestermeyer@perkinscoie.com
Telephone: 206-359-8000
Facsimile: 206-359-9408

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX LLC,<br>Debtor. | Case No. 2:11-bk-28944-DPC<br>Chapter 11<br>Adv. No. 2-13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>Plaintiff,<br>vs.<br>AMAZON SERVICES LLC,<br>Defendant. | **NOTICE OF LODGING PROPOSED ORDER GRANTING AMAZON'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL WITHOUT POSTING BOND** |

**PURSUANT TO THE REQUEST OF THE COURT, NOTICE** is hereby given that on March 8, 2023, Amazon Services, LLC, by and through undersigned counsel, lodged a proposed order granting Amazon's Motion to Stay Enforcement of Judgment Pending Appeal Without Posting Bond or, in the Alternative, to Approve Bond, DE 428. The proposed order is attached hereto as Exhibit A. Counsel for Timothy H. Shaffer reviewed and approved the proposed order as to form and content.

Dated: March 8, 2023

**PERKINS COIE LLP**

By: s/ Eric J. Weiss
Richard M. Lorenzen (Bar No. 006787)
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Email: RLorenzen@perkinscoie.com
Telephone: 602-351-8000
Facsimile: 602-648-7000

John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
Dane A. Westermeyer (*Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: JKaplan@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: DWestermeyer@perkinscoie.com
Telephone: 206-359-8000
Facsimile: 206-359-9408

*Attorneys for Amazon Services LLC*

# CERTIFICATE OF SERVICE

On this date I caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document:

| | |
|---|---|
| James E. Cross<br>Cross Law Firm, PLC<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004<br>jcross@crosslawaz.com<br><br>*Attorneys for Chapter 7 Trustee* | **X**  Via the Clerk's eFiling Application<br>___  Via U.S. Mail, 1st Class<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>**X**  Via Email<br>___  Other: _____ |

Dated: March 8, 2023       By: s/ Eric J. Weiss_____
                                                                     (Admitted *Pro Hac Vice*)

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>POTENTIAL DYNAMIX LLC,<br>    Debtor. | Case No. 2:11-bk-28944-DPC<br>Chapter 11<br>Adv. No. 2:13-ap-00799 |
| TIMOTHY H. SHAFFER, Chapter 11 Trustee,<br>    Plaintiff,<br>vs.<br>AMAZON SERVICES LLC,<br>    Defendant. | **ORDER GRANTING AMAZON'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL WITHOUT POSTING BOND** |

The Court, having considered Defendant Amazon Services LLC's Motion to Stay Enforcement of Judgment Pending Appeal Without Posting Bond or, in the Alternative, to Approve Bond, DE 428; Plaintiff Timothy H. Shaffer's (the "Trustee") opposition to the motion, DE 435; Amazon's reply in support of the motion, DE 438; and the argument of both parties during a hearing on February 28, 2023,

HEREBY ORDERS:

Amazon's motion, DE 428, is GRANTED. Enforcement of the Court's judgment is stayed until the parties exhaust their appellate rights. Amazon is not required to post a bond or other security to secure the stay of enforcement. However, the stay is subject to the following conditions: (1) if, after both parties exhaust their appellate rights, the judgment

161201447.2

against Amazon is affirmed in whole or in part, Amazon must pay any amounts it owes to the Trustee within ten business days of receiving a written demand from the Trustee for payment; and (2) if, after one year from the date this order is entered, the Trustee believes that Amazon might not be able to satisfy the judgment amount after the parties' appeal is complete, the Trustee may move to lift the stay or to require Amazon to post a bond or other security in the Court's registry.

**DATED AND SIGNED ABOVE**

APPROVED AS TO FORM AND CONTENT BY

*s/ Eric J. Weiss*
Richard M. Lorenzen (Bar No. 006787)
John S. Kaplan (*Pro Hac Vice*)
Eric J. Weiss (*Pro Hac Vice*)
Mallory Gitt Webster (*Pro Hac Vice*)
Dane A. Westermeyer (*Pro Hac Vice*)
**PERKINS COIE LLP**
*Attorneys for Amazon Services LLC*

*s/ James Cross (with permission)*
James E. Cross, Esq.
**CROSS LAW FIRM, PLC**
*Attorneys for Chapter 7 Trustee, Timothy H. Shaffer*