# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Potential Dynamix LLC,<br>　　　　　　Debtor.<br>Amazon Services LLC,<br>　　　　　　Appellant,<br>v.<br>Timothy H. Shaffer,<br>　　　　　　Appellee. | No. CV-23-00166-PHX-<br>BK NO. 2:11-bk-28944-DPC<br>ADV NO. Adv. No. 2:13-ap-799-DPC<br><br>**ORDER** |

Pursuant to the Stipulated Agreement of Dismissal with Prejudice Pursuant to Federal Rule of Bankruptcy Procedure 8023 (Doc. 19) filed by Appellant Amazon Services LLC and Appellee Timothy H. Shaffer, and good cause appearing,

**IT IS HEREBY ORDERED** granting Stipulated Agreement of Dismissal with Prejudice (Doc. 19).

**IT IS FURTHER ORDERED** dismissing this appeal with prejudice and without an award of costs or fees to either party. The Clerk shall close this matter.

Dated this 15th day of September, 2023.

Honorable John J. Tuchi
United States District Judge